# EXHIBIT F

# The New York Times

## Lloyd's Underwriters Told to Stop Insurance Linked to NRA

By Reuters

May 9, 2018

LONDON — Lloyd's of London [SOLYD.UL] said on Wednesday it would direct underwriters to terminate all insurance offered, marketed, endorsed or otherwise made available through the National Rifle Association of America.

The move comes after insurer Chubb was fined $1.3 million over its role in an NRA insurance program after an investigation found the NRA's "Carry Guard" insurance program unlawfully provided liability insurance "to gun owners for acts of intentional wrongdoing".

"The Lloyd's Corporation has given very careful consideration as to whether syndicates at Lloyd's should continue to insure programs offered, marketed, endorsed or otherwise made available through the National Rifle Association of America (NRA).

"This is now subject to an inquiry by the New York Department of Financial Services (NYDFS). Therefore Lloyd's Corporation has decided to direct underwriters in the market to terminate any existing programs of this type and not to enter into any new ones," a Lloyd's spokesman said.

(Reporting by Simon Jessop; editing by Maiya Keidan)