**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § § § | |
| **Plaintiff,** | § § § | **CIVIL CASE NO.  18-CV-00566-LEK-CFH** |
| **v.** | § § | |
| **ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,** | § § § § § § § § | |
| **Defendants.** | § § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states as follows:

Plaintiff National Rifle Association of America ("NRA") is a New York not-for-profit corporation.  It has no parent corporation.  The NRA issues no stock, and therefore no publicly held corporation owns 10% or more of its stock.

Dated: May 11, 2018

Respectfully submitted,

By: _____s/ William A. Brewer III_____
    William A. Brewer III (Bar No. 700217)
    wab@brewerattorneys.com
    Sarah B. Rogers (Bar No. 700207)
    sbr@brewerattorneys.com
    Stephanie L. Gase (Bar No. 700205)
    sgase@brewerattorneys.com

    BREWER, ATTORNEYS & COUNSELORS
    750 Lexington Avenue, 14th Floor
    New York, New York 10022

Telephone:  (212) 489-1400
Facsimile:  (212) 751-2849

Charles J. Cooper (Bar No. 103729)
ccooper@cooperkirk.com
Michael W. Kirk (*pro hac vice* to be filed)
mkirk@cooperkirk.com
J. Joel Alicea (*pro hac vice* to be filed)
jalicea@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington D.C., 20036
Telephone: (202) 220-9660

**ATTORNEYS FOR THE NATIONAL RIFLE
ASSOCIATION OF AMERICA**