IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § § § § | |
| **Plaintiff,** | § § | **CIVIL CASE NO. 18-cv-566-LEK-CFH** |
| v. | § § | |
| **ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,** | § § § § § § § § | |
| **Defendants.** | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. NY Loc. R. 83.1(d), I, William A. Brewer III, attorney for Plaintiff the National Rifle Association of America in the above-referenced action, hereby move the Court to admit Michael W. Kirk *pro hac vice* to appear and participate as co-counsel in this case for the Plaintiff.

Movant represents that Michael W. Kirk is qualified and licensed to practice law before the courts of the District of Columbia and is a member in good standing of that bar. Movant finds Michael W. Kirk to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

Michael W. Kirk's relevant identifying information is as follows:

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
mkirk@cooperkirk.com

Dated: May 18, 2018                    Respectfully submitted,

<u>s/ William A. Brewer III</u>
William A. Brewer III
wab@brewerattorneys.com
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

*Attorney for The National Rifle Association of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2018 I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, and I hereby certify that I have caused the document to be mailed by First Class USPS Mail to the following:

Andrew M. Cuomo
Governor of New York State
NYS State Capitol Building
Albany, NY 12224

Maria T. Vullo
Superintendent of Financial Services
New York State Department of Financial Services
One State Street
New York, NY 10004-1511

New York State Department of Financial Services
Office of General Counsel
One State Street
New York, NY 10004-1511

                                            s/ William A. Brewer III
                                            William A. Brewer III

                                            *Attorney for The National Rifle*
                                            *Association of America*

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

_____

**IN THE MATTER OF THE APPLICATION OF** )
)
) **ORDER**
)
)
**TO BE ADMITTED TO THE UNITED STATES** )
**DISTRICT COURT FOR THE NORTHERN** )
**DISTRICT OF NEW YORK** )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____ is hereby accepted for

      Permanent Admission to practice in the United States District Court for the
      Northern District of New York.

      Pro Hac Vice Admission to practice in the United States District Court for the
      Northern District of New York for the particular case of :
      _____.

IT IS SO ORDERED

Dated : _____

                                                            _____
                                                            U.S. District Judge
                                                            U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Petition of: **Michael W. Kirk**

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF **Albany**

**William A. Brewer III**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **Brewer, Attorneys & Counselors**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **700217**.

2. I make this Declaration in support of the admission of **Michael W. Kirk**.

3. I have known **Michael W. Kirk** since **2018**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **18**, day of **May**, 20**18**.

_____
SPONSOR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| IN THE MATTER OF THE APPLICATION OF MICHAEL W. KIRK | PETITION FOR ADMISSION TO PRACTICE PRO HAC VICE |
|---|---|

I, Michael W. Kirk, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. That I reside in Great Falls, VA and my office address is 1523 New Hampshire Avenue, N.W., Washington, D.C. 20036.

2. That I have been admitted to practice in the courts of the District of Columbia since July 30, 1990.

3. That I have been admitted to practice in the courts of the State of New York since September 13, 1989.

4. That I graduated from the Northwestern University School of Law in 1988 after having completed the required courses of study.

5. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

6. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| Jurisdiction | Date of Admission |
|---|---|
| U.S. District Court for: | |
| District of Columbia | 04/06/92 |
| District of Maryland | 03/02/91 |
| District of Arizona | 05/03/95 |
| | |
| U.S. Court of Appeals: | |
| First Circuit | 06/21/10 |
| Third Circuit | 09/08/95 |
| Fourth Circuit | 07/03/01 |

| | |
|---|---|
| Fifth Circuit | 05/10/17 |
| Sixth Circuit | 11/30/89 |
| Seventh Circuit | 10/13/00 |
| Ninth Circuit | 02/13/96 |
| District of Columbia Circuit | 07/31/90 |
| Federal Circuit | 05/27/98 |
| | |
| U.S. Court of Federal Claims | 02/06/97 |
| | |
| United States Supreme Court | 07/17/98 |

7. That I am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, Michael W. Kirk, be admitted to practice *pro hac vice* before the Bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed this 15h day of May, 2018.**

<div style="text-align:right">

s/ Michael W. Kirk\_\_\_
**PETITIONER**

</div>

# United States District Court
# Northern District of New York

## NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: __Michael__      __W.__      __Kirk__
         First     Middle     Last

☐ Sr.  ☐ Jr.
☐ II   ☐ III

○ **ADMISSION** see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

⦿ **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in __18-cv-566-LEK-CFH__ (case number)
Applicant required to file a Pro Hac Vice access request in PACER.
Email address __mkirk@cooperkirk.com__

○ **FEDERAL GOVERNMENT ATTORNEY** see L.R. 83.1(e)
  ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
  ○ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL GROUP ADMISSION CEREMONY** [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]
Admission at the Special Ceremony Scheduled on ___/___/___ in _____, NY.

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

### Oath on Admission

I, __Michael W. Kirk__, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated: 5 / 15 / 2018

__Michael W. Kirk__
Digitally signed by Michael W. Kirk
Date: 2018.05.15 17:27:05 -04'00'

*Attorney Signature*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Michael W Kirk*

was duly qualified and admitted on **July 20, 1990** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 9, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.