IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>Defendants. | CIVIL CASE NO. 18-cv-566-LEK-CFH |

## NOTICE OF APPEARANCE

Please take note that the undersigned hereby appears as attorney on behalf of Plaintiff the National Rifle Association of America and that his address and telephone number are set forth below. Attorney Charles J. Cooper was admitted *pro hac vice* in this Court on May 21, 2018. He will appear as co-counsel with William A. Brewer III, Sarah B. Rogers, and Stephanie L. Gase, who will continue to represent the Plaintiff.

Dated: May 22, 2018                    Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 22, 2018 I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, and I hereby certify that I have caused the document to be mailed by First Class USPS Mail to the following:

Andrew M. Cuomo
Governor of New York State
NYS State Capitol Building
Albany, NY 12224

Maria T. Vullo
Superintendent of Financial Services
New York State Department of Financial Services
One State Street
New York, NY 10004-1511

New York State Department of Financial Services
Office of General Counsel
One State Street
New York, NY 10004-1511

                                        s/ Charles J. Cooper
                                        Charles J. Cooper

                                        *Attorney for The National Rifle*
                                        *Association of America*