UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATIONAL RIFLE ASSOCIATION OF AMERICA,

                                               *Plaintiff*,

-against-

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

                                               *Defendants*.

**NOTICE OF MOTION**

18-CV-0566

LEK/CFH

---

      PLEASE TAKE NOTICE that upon the complaint; the accompanying memorandum of law; and all prior proceedings, Defendants Andrew M. Cuomo, Maria T. Vullo and New York State Department of Financial Services, on August 3, 2018 at 9:30 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint in its entirety with prejudice, together with such other or further relief as may be just.

Dated: Albany, New York
       July 2, 2018

                              BARBARA D. UNDERWOOD
                              Attorney General of the State of New York
                              Attorney for Defendants, Andrew M. Cuomo, Maria
                                    T. Vullo and NYS Department of Financial
                                    Services
                              The Capitol
                              Albany, New York  12224

                              By: *s/ Adrienne J. Kerwin*
                              Adrienne J. Kerwin
                              Assistant Attorney General, of Counsel
                              Bar Roll No. 105154
                              Telephone: (518) 776-2608
                              Fax::   (518) 915-7738 (Not for service of papers)
                              Email: Adrienne.Kerwin@ag.ny.gov

To:    VIA ECF
        J. Joel Alicea, Esq.
        Charles J. Cooper, Esq.
        Michael W. Kirk, Esq
        Cooper & Kirk, PLLC
        1523 New Hampshire Ave., NW
        Washington, DC  20036

        VIA ECF
        William A. Brewer, Esq.
        Stephanie L. Gase, Esq.
        Sarah Rogers, Esq.
        Brewer Attorneys & Counselors
        750 Lexington Avenue, 14th Flr.
        New York, NY  10022