

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ACTING ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2608

July 27, 2018

Hon. Christian F. Hummel (via ECF)
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207

Re:   *National Rifle Association of America v. Cuomo et al*
      Northern District of New York
      18-CV-0566 (TJM)(CFH)

Dear Judge Hummel:

On behalf of the defendants in the above-referenced matter, I respectfully request permission to file a memorandum up to fifty (50) pages in length in support of defendants' motion to dismiss the first amended complaint.  The first amended complaint includes two new causes of action that were not addressed in the forty (40) page memorandum submitted in support of defendants' motion to dismiss the original complaint.

Thank you for your consideration of this matter.

Respectfully yours,

s/ *Adrienne J. Kerwin*

Adrienne J. Kerwin
Assistant Attorney General
Bar Roll No. 105154
Adrienne.Kerwin@ag.ny.gov

July 27, 2018
Page 2

cc (via ECF):   Sarah Rogers, Esq.
William A. Brewer, Esq.
Stephanie L. Gase, Esq.
Brewer Attorneys & Counselors
750 Lexington Avenue, 14th Flr.
New York, NY  10022

J. Joel Alicea, Esq.
Charles J. Cooper, Esq.
Michael W. Kris, Esq.
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC  20036