UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATIONAL RIFLE ASSOCIATION OF AMERICA,

          *Plaintiff*,

-against-

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

          *Defendants*.

**NOTICE OF MOTION**

18-CV-0566

TJM/CFH

---

  PLEASE TAKE NOTICE that upon the complaint; the accompanying memorandum of law; and all prior proceedings, Defendants Andrew M. Cuomo, Maria T. Vullo and New York State Department of Financial Services, on September 10, 2018 at 10:00 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint in its entirety with prejudice, together with such other or further relief as may be just.

Dated: Albany, New York
       August 3, 2018

                          BARBARA D. UNDERWOOD
                          Attorney General of the State of New York
                          Attorney for Defendants, Andrew M. Cuomo, Maria T. Vullo and NYS Department of Financial Services
                          The Capitol
                          Albany, New York  12224

                          By: *s/ Adrienne J. Kerwin*
                          Adrienne J. Kerwin
                          Assistant Attorney General, of Counsel
                          Bar Roll No. 105154
                          Telephone: (518) 776-2608
                          Fax::   (518) 915-7738 (Not for service of papers)
                          Email: Adrienne.Kerwin@ag.ny.gov

To:    VIA ECF
        J. Joel Alicea, Esq.
        Charles J. Cooper, Esq.
        Michael W. Kirk, Esq
        Cooper & Kirk, PLLC
        1523 New Hampshire Ave., NW
        Washington, DC  20036

        VIA ECF
        William A. Brewer, Esq.
        Stephanie L. Gase, Esq.
        Sarah Rogers, Esq.
        Brewer Attorneys & Counselors
        750 Lexington Avenue, 14th Flr.
        New York, NY  10022