

DALLAS | NEW YORK

# BREWER
ATTORNEYS & COUNSELORS

August 6, 2018

Hon. Christian F. Hummel (via ECF)
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

      Re:    *National Rifle Association of America v. Cuomo et al*, Northern District of New York, 18-CV-0566 (TJM)(CFH)

Dear Judge Hummel:

    We represent the National Rifle Association of America (the "NRA") in the above captioned action. On August 3, 2018, Defendants filed a fifty (50) page memorandum of law in support of their motion to dismiss the first amended complaint. Given the length of Defendants' motion to dismiss, we respectfully request permission to file a memorandum of up to fifty (50) pages in opposition to Defendants' motion.

    Thank you for your consideration of this matter.

Sincerely,

*Stephanie Gase*

Stephanie Gase

cc (via ECF):  J. Joel Alicea, Esq.
                   Charles J. Cooper, Esq.
                   Michael W. Kris, Esq.
                   Adrienne J. Kerwin

1717 Main Street, Suite 5900 • Dallas, Texas 75201 • 214.653.4000 • f: 214.653.1015 • Brewerattorneys.com

4821-5010-1871.1
2277-05