UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

NATIONAL RIFLE ASSOCIATION OF
AMERICA,

    *Plaintiff*,

  v.

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

    *Defendants*.

No. 18-cv-0566

TJ/CFH

## MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF BRIAN HAUSS AS ADDITIONAL COUNSEL FOR PETITIONER

Pursuant to Local Civil Rule 83.1(d), I hereby move for the admission, *pro hac vice*, of Brian Hauss, an attorney at the American Civil Liberties Union, and a member of the Bar of New York State, as additional counsel for Plaintiff in the above captioned case referred to Magistrate Judge Christian F. Hummel. Mr. Hauss' declaration is filed herewith.

            Respectfully submitted,

             */s/ Christopher Dunn*
            Christopher Dunn (N.Y. Bar No. 513828)
            New York Civil Liberties Union Foundation
            125 Broad Street, 19th Floor
            New York, NY 10004
            Tel: 212-607-3326
            Fax: 212-607-3329
            cdunn@aclu.org

Dated: August 23, 2018
   New York, N.Y.