UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : **Brian Hauss**

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF **New York**

**Christopher T. Dunn**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **New York Civil Liberties Union Foundation**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **513828**.

2. I make this Declaration in support of the admission of **Brian Hauss**.

3. I have known **Brian Hauss** since **2014**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **22nd**, day of **August**, 20**18**.

*[signature]*
SPONSOR