United States District Court
Northern District of New York

## NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: **Brian**   **M.**   **Hauss**    ○ Sr.   ○ Jr.
First   Middle   Last    ○ II   ○ III

○ **ADMISSION** see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in **1:18-cv-00566-TJM-CFH** (case number)
Applicant required to file a Pro Hac Vice access request in PACER.
Email address **bhauss@aclu.org**

○ **FEDERAL GOVERNMENT ATTORNEY** see L.R. 83.1(e)
  ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
  ○ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL GROUP ADMISSION CEREMONY** [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]
Admission at the Special Ceremony Scheduled on   /  /   in     , NY.

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

### Oath on Admission

I, **Brian Hauss**, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated:  8 / 23 / 2018

*Attorney Signature*