UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION

OF

Brian Hauss

PETITION FOR
ADMISSION TO PRACTICE

I, __Brian Hauss__, being sworn, depose and say:

1. That I reside at __283 5th Avenue, Apt. 2B__, __Brooklyn__, __NY__ __11215__ and my office address is __125 Broad Street, 18th Floor__, __New York__, __NY__ __10004__.

2. That I was admitted to practice in the courts of the State of __New York__ on __05/18/16__, by the __2nd__ Department.

3. That I graduated from __Harvard__ Law School on __May, 2011.__ after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| U.S. Supreme Court | 11/29/17 |
| U.S. District Court for the Northern District of California | 04/07/16 |
| U.S. District Court for the Southern District of New York | 08/30/16 |
| U.S. District Court for the District of North Dakota | 01/04/17 |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, __Brian Hauss__, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __23__, day of __August__, 20__18__.

_/s/ Brian Hauss_
PETITIONER

---

[1] *Discipline Orders issued by any Court prior to executing this Petition must be attached.*

Form Date: 5/10/2011