

125 Broad St. 19 Floor
New York, NY 10004
P 212.607.3300
F 212.607.3318
www.nyclu.org

Christopher T. Dunn
Associate Legal Director
212.607.3326
cdunn@nyclu.org

**VIA ECF**  August 24, 2018

The Honorable Christian F. Hummel
U.S. Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *National Rifle Association of America v. Cuomo et al*. (1:18-cv-00566-TJM-CFH)

Dear Honorable Magistrate Judge Christian F. Hummel,

The original Motion for the Admission, *pro hac vice*, of Brian Hauss to the United States District Court for the Northern District of New York indicated that he would appear as "additional counsel for the petitioner." This letter hereby clarifies that Mr. Hauss will appear not as additional counsel for the petitioner, but will instead appear as counsel submitting an amicus brief in support of the petitioner on behalf of the American Civil Liberties Union.

Respectfully submitted,

   /s/ Christopher Dunn
Christopher Dunn
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
Tel: 212-607-3326
Fax: 212-607-3329