UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATIONAL RIFLE ASSOCIATION OF AMERICA,

                      *Plaintiff*,

          V.                        18-CV-0566-TJM-CFH

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

                      *Defendants*.

---

**MOTION OF TEXAS PUBLIC POLICY FOUNDATION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE**

The Texas Public Policy Foundation (the "Foundation") respectfully moves for leave to participate as amicus curiae in opposition to Defendants' motion to dismiss Plaintiff's complaint. If this motion is granted, the Foundation will file the brief attached as Exhibit A to the accompanying declaration.

The Foundation is one of the oldest and largest free market think tanks in the country. Through the Foundation's litigation center, the Center for the American Future, the Foundation currently represents individuals in state and federal courts across the country seeking to secure their constitutionally protected rights. As part of this work, the Foundation has filed briefs on behalf of itself and other organizations to protect First Amendment rights.

The Foundation writes separately to address two alternative arguments raised in Defendants' motion to dismiss, namely, that the "guidance letters" sent to insurers encouraging them to reevaluate their association with the National Rifle Association (NRA) are either protected government speech, or, merely a regulation on commercial speech subject to lessened scrutiny. If

accepted by this Court, these arguments would have significant impacts on the ability of public interest advocacy groups to operate in New York and perhaps in other states that may adopt this reasoning.

The Foundation seeks leave to file the attached memorandum in order to provide the Court with additional research and analysis on these legal issues and to inform the Court of the broad implications that the State's arguments could have on public interest advocacy groups outside of the contentious debate regarding Second Amendment rights in New York. Given the Foundation's history and expertise dealing with these issues, the attached memorandum should assist this Court in issuing an opinion on these complex areas of constitutional law.

The Plaintiff, the NRA, has consented to the filing of this proposed amicus brief. Counsel for the Foundation reached out to counsel for the State Defendants on August 18, 2018, Defendants "take no position" on the filing of the brief, but reserve their rights to object. As this motion is being filed within the allotted time for the NRA to file its response, allowing the Foundation leave to file as amicus will not cause any unnecessary delay. The proposed memorandum is attached as an exhibit to this motion. A declaration in support of the motion and a proposed order are attached as well.

Respectfully submitted,

    /s/ Keisha Russell
KEISHA RUSSELL
State Bar No. 5594338
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075
Telephone: (972) 941-4444
krussell@firstliberty.org

*Attorney for Texas Public Policy Foundation*

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 24, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of New York by using the CM/ECF system, which will serve a copy of same on the counsel of record.

Sarah Rogers
sbr@brewerattorneys.com
Brewer Attorneys & Counselors
750 Lexington Avenue, Floor 14
New York, NY 10022

Stephanie L. Gase
szg@brewerattorneys.com
William A. Brewer
wab@brewerattorneys.com
Brewer Attorneys & Counselors
1717 Main Street, Suite 5900
Dallas, Texas 75201

Charles J. Cooper
ccooper@cooperkirk.com
Harold S. Reeves
hreeves@cooperkirk.com
Jose Joel Alicea
jalicea@cooperkirk.com
Michael W. Kirk
mkirk@coooperkirk.com
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

*Attorneys for Plaintiff*

Adrienne J. Kerwin
adrienne.kerwin@ag.ny.gov
Helena O. Pederson
helena.pederson@ag.ny.gov
Michael G. McCartin
michael.mccartin@ag.ny.gov
Office of the Attorney General – Albany
The Capitol
Albany, NY 12224

*Attorneys for Defendants*

                                        */s/ Keisha Russell*
                                        KEISHA RUSSELL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NATIONAL RIFLE ASSOCIATION OF AMERICA,

                    *Plaintiff*,

V.                                          18-CV-0566-TJM-CFH

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

                    *Defendants*.

## DECLARATION IN SUPPORT OF TEXAS PUBLIC POLICY FOUNDATION'S MOTION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE

Keisha Russell, pursuant to 28 U.S.C. § 1746(2) declares under penalty of perjury the following:

1. I am a member of the bar of this Court.

2. I submit this declaration and the attached exhibits in support of Texas Public Policy Foundation's motion for leave to file to participate as amicus curiae.

3. Attached as Exhibit A is a true and correct copy of Texas Public Policy Foundation's proposed amicus curiae brief.

4. A proposed order is attached as Exhibit B.

5. As set forth in detail in Texas Public Policy Foundation's Motion for Leave to Participate as Amicus Curiae, the Foundation's motion should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2018.

_____
KEISHA RUSSELL