# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NATIONAL RIFLE ASSOCIATION OF AMERICA,

*Plaintiff,*

V.                                                          18-CV-0566-TJM-CFH

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

*Defendants.*

## [PROPOSED] ORDER

Before the Court is the Motion of Texas Public Policy Foundation for Leave to Participate as Amicus Curiae filed August ___, 2018. Having considered the Motion, the Court finds that it should be and is hereby GRANTED.

The Clerk is DIRECTED to file the Brief of Amicus Curiae, attached as Doc.___, as a separate docket entry.

So ORDERED on this _____ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE