UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATIONAL RIFLE ASSOCIATION OF AMERICA,

                        *Plaintiff*,

-against-

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

                        *Defendants*.

**NOTICE OF MOTION**

18-CV-0566

TJM/CFH

---

PLEASE TAKE NOTICE that upon the Amended Complaint; the accompanying memorandum of law; and all prior proceedings, Defendants Andrew M. Cuomo, Maria T. Vullo and New York State Department of Financial Services, on January 25, 2019 at 10:00 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Binghamton, New York, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for an order (1) dismissing Count Four of the Amended Complaint in its entirety, (2) dismissing Counts One and Two of the Amended Complaint as against DFS, and (3) granting defendants any such other or further relief as may be just.

Dated: Albany, New York
December 19, 2018

        BARBARA D. UNDERWOOD
        Attorney General of the State of New York
        Attorney for Defendants, Andrew M. Cuomo, Maria T. Vullo and NYS Department of Financial Services
        The Capitol
        Albany, New York 12224

        By: *s/ Adrienne J. Kerwin*
        Adrienne J. Kerwin
        Assistant Attorney General, of Counsel
        Bar Roll No. 105154
        Telephone: (518) 776-2608
        Fax:: (518) 915-7738 (Not for service of papers)
        Email: Adrienne.Kerwin@ag.ny.gov

To: VIA ECF
J. Joel Alicea, Esq.
Charles J. Cooper, Esq.
Michael W. Kirk, Esq
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036

VIA ECF
William A. Brewer, Esq.
Stephanie L. Gase, Esq.
Sarah Rogers, Esq.
Brewer Attorneys & Counselors
750 Lexington Avenue, 14th Flr.
New York, NY 10022