UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATIONAL RIFLE ASSOCIATION OF AMERICA,

*Plaintiff*,

**NOTICE OF MOTION**

-against-

1:18-CV-0566
TJM/CFH

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

*Defendants*.

---

PLEASE TAKE NOTICE that upon the annexed affirmation of William A. Scott; the accompanying memorandum of law; and upon all prior proceedings, Defendants, on May 16, 2019 at 9:30 a.m., or as soon thereafter as counsel can be heard, will make a motion before the Honorable Christian F. Hummel, at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rule 60(b), of the Federal Rules of Civil Procedure, for reconsideration of the Court's prior Order at Docket Number 89, granting the Plaintiff's Motion for Expedited Discovery, to the extent that said motion sought the deposition of Defendant Maria T. Vullo together with such other or further relief as may be just.

Dated: Albany, New York
        April 3, 2019

                                LETITIA JAMES
                                Attorney General of the State of New York
                                Attorney for Defendants
                                The Capitol
                                Albany, New York  12224-0341
                                By: s / *William A. Scott*
                                William A. Scott
                                Assistant Attorney General, of Counsel
                                Bar Roll No. 512434
                                Telephone:  (518) 776-2255
                                Email: William.Scott@ag.ny.gov


TO:     Sarah Rogers, Esq.
        Stephanie L. Gase, Esq.
        William A. Brewer, Esq.
        Brewer Attorneys & Counselors
        750 Lexington Avenue, 14th Flr.
        New York, NY  10022

        Charles J. Cooper, Esq.
        J. Joel Alicea, Esq.
        Michael W. Kirk, Esq.
        Cooper & Kirk, PLLC
        1523 New Hampshire Ave., NW
        Washington, DC  20036