# EXHIBIT C

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: BRT 2987 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service:   Authorized, Mar 26, 2019, 3:02 pm EDT
Documents:   Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Additional Comments:
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

_____   3/27/19
Austin Taylor                Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: CNP 0958 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service: Authorized, Mar 26, 2019, 3:02 pm EDT
Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

### Additional Comments:
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor       Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public: Anne B. Stefanski
Date: 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: CNP 4444 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service:   Authorized, Mar 26, 2019, 3:02 pm EDT
Documents:   Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor   Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Anne B. Stefanski
Notary Public   Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: CSL 1084 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210

Manner of Service: Authorized, Mar 26, 2019, 3:02 pm EDT

Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor    Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public: Anne B. Stefanski

Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: GER 1206 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service:   Authorized, Mar 26, 2019, 3:02 pm EDT
Documents:   Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor    Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Anne B. Stefanski
Notary Public

Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: KLN 0510 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210

**Manner of Service:**   Authorized, Mar 26, 2019, 3:02 pm EDT

**Documents:**   Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

_____   3/27/19
Austin Taylor                Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: LIB 4472 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service: Authorized, Mar 26, 2019, 3:02 pm EDT
Documents: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor   3/27/19
Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Anne B Stefanski
Notary Public
3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: ROC 1200 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service:   Authorized, Mar 26, 2019, 3:02 pm EDT
Documents:   Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

_____  3/27/19
Austin Taylor                Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: SAM 0727 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service:   Authorized, Mar 26, 2019, 3:02 pm EDT
Documents:   Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor
Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public: Anne B Stefanski
Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case:<br>18-CV-00566-TJM-CFH | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job:<br>3202096 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent:<br>ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by:<br>A Plus Process Service | | For:<br>Brewer, Attorneys & Counselors | |
| To be served upon:<br>Brit Syndicates Limited c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210

**Manner of Service:** Authorized, Mar 26, 2019, 3:02 pm EDT

**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

_Austin Taylor_   3/27/19
Austin Taylor        Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

_Anne B Stefanski_
Notary Public

3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case:<br>18-CV-00566-TJM-CFH | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job:<br>3202096 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>NATIONAL RIFLE ASSOCIATION OF AMERICA | | **Defendant / Respondent:**<br>ANDREW CUOMO, both individually and in his official capacity, et al. | |
| **Received by:**<br>A Plus Process Service | | **For:**<br>Brewer, Attorneys & Counselors | |
| **To be served upon:**<br>Canoplus Managing Agents Limited c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
**Manner of Service:** Authorized, Mar 26, 2019, 3:02 pm EDT
**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

_____  3/27/19
Austin Taylor                Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: Liberty Managing Agency Limited c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service:   Authorized, Mar 26, 2019, 3:02 pm EDT
Documents:    Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor    Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: S.A. Meacock & Company Limited c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210

**Manner of Service:** Authorized, Mar 26, 2019, 3:02 pm EDT

**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor    Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case:<br>18-CV-00566-TJM-CFH | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job:<br>3202096 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent:<br>ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by:<br>A Plus Process Service | | For:<br>Brewer, Attorneys & Counselors | |
| To be served upon:<br>Tokio Marine Kiln Syndicates Limited c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210

**Manner of Service:** Authorized, Mar 26, 2019, 3:02 pm EDT

**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

_____  3/27/19
Austin Taylor             Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: AmTrust Syndicates Limited c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210

**Manner of Service:** Authorized, Mar 26, 2019, 3:02 pm EDT

**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor    Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public    Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20_22_

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: Argo Managing Agency Limited c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
Manner of Service:   Authorized, Mar 26, 2019, 3:02 pm EDT
Documents:   Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor          Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22

## AFFIDAVIT OF SERVICE

| Case:<br>18-CV-00566-TJM-CFH | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job:<br>3202096 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent:<br>ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by:<br>A Plus Process Service | | For:<br>Brewer, Attorneys & Counselors | |
| To be served upon:<br>Atrium Underwriters Limited c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210

**Manner of Service:** Authorized, Mar 26, 2019, 3:02 pm EDT

**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor    3/27/19
Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Anne B Stefanski
Notary Public

3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20_22_

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: CHAUCER SYNDICATES LIMITED c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
**Manner of Service:** Authorized, Mar 26, 2019, 3:02 pm EDT
**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

Austin Taylor       Date 3/27/19

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 3/27/19

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 2022

## AFFIDAVIT OF SERVICE

| Case: 18-CV-00566-TJM-CFH | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | County: | Job: 3202096 |
|---|---|---|---|
| Plaintiff / Petitioner: NATIONAL RIFLE ASSOCIATION OF AMERICA | | Defendant / Respondent: ANDREW CUOMO, both individually and in his official capacity, et al. | |
| Received by: A Plus Process Service | | For: Brewer, Attorneys & Counselors | |
| To be served upon: AUW 0609 c/o New York Department of Financial Services | | | |

I, Austin Taylor, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Mary Borcsok, Clerk, 99 Washington Ave, Albany, NY 12210
**Manner of Service:** Authorized, Mar 26, 2019, 3:02 pm EDT
**Documents:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 26, 2019, 3:02 pm EDT at 99 Washington Ave, Albany, NY 12210 received by Mary Borcsok, Clerk. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'5"; Hair: Brown;

At 3:08 p.m. on Mar 26, 2019, I received a phone call from Mary Borcsok saying that she didn't realize they could not accept subpoenas and that I was to return to the office to retrieve them. I told her I could not do that and if she had any questions or concerns, that she should contact the attorney firm.

At 8:19 a.m. on Mar 27, 2019, I received a phone call from number 518-391-4565 from a man named Patrick. He was very hostile and informed me he would be sending the subpoenas back to my office and not to come back to them to serve them again.

_____  3/27/19
Austin Taylor                    Date

A Plus Process Service
PO Box 582
Guilderland, NY 12084
5184706552

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
3/27/19
Date

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22