

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  518-776-2255

August 21, 2019

Honorable Christian F. Hummel
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:   *NRA v. Cuomo, et al*
       Northern District of New York
       18-CV-566 (TJM)(CFH)

Dear Judge Hummel:

    I write to request a thirty (30) day extension of time for the Defendants to comply with the terms of the Court's order at Dkt. 121.  More specifically, the Defendants request an extension of the Court's deadline of August 29, 2019, to provide materials and a privilege log for the Court's in camera review, until September 30, 2019.  The Defendants are working diligently to compile the documents referenced in the Court's order and this extension is requested to ensure that the production is complete and that the ordered privilege log is accurate.

    The Defendants have reached out to Plaintiff's counsel to determine their position on this request but have not had a response to that inquiry.

August 21, 2019
Page 2

      The Court's continued attention to this matter is appreciated.

      Respectfully yours,

      s/ William A. Scott

      William A. Scott
      Assistant Attorney General
      Bar Roll No. 512434
      William.Scott@ag.ny.gov