

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2255

August 22, 2019

Honorable Christian F. Hummel
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *NRA v. Cuomo, et al*
Northern District of New York
18-CV-566 (TJM)(CFH)

Dear Judge Hummel:

  I write pursuant to the Court's Order at Dkt. 121, and to provide declarations from Defendants Cuomo and DFS concerning the production of: 1) Documents concerning referrals of NRA-related matters to other government agencies [Dkt. 121 at pg. 27-30], and; 2) Documents and communications related to adverse actions against the NRA [Dkt 121 at pg. 49-50]. Per the Court's order the Plaintiff is receiving copies of these declarations by way of the Court's ECF system.

  The Court's continued attention to this matter is appreciated.

THE CAPITOL, ALBANY, NY  12224-0341 ● (518) 776-2300 ● FAX (518) 915-7738 * NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV

August 22, 2019
Page 2

                                                 Respectfully yours,

                                                 s/ William A. Scott

                                                 William A. Scott
                                                 Assistant Attorney General
                                                 Bar Roll No. 512434
                                                 William.Scott@ag.ny.gov

Cc:  Plaintiff's Counsel via ECF