IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>   Defendants. | CIVIL CASE NO. 18-CV-00566-TJM-CFH |

## NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.2(b) of the United States District Court for the Northern District of New York, Charles J. Cooper, Michael W. Kirk, Harold S. Reeves, J. Joel Alicea, and Nicole Frazer Reaves (the "Movants")—attorneys at Cooper & Kirk, PLLC and heretofore counsel for Plaintiff National Rifle Association (NRA) in the above-entitled action—hereby move to withdraw as attorneys of record. The National Rifle Association consents to this motion. William A. Brewer III, Sarah Rogers, and John C. Canoni of Brewer Attorneys & Counselors will continue to serve as counsel of record to Plaintiff in the above-referenced matter. Movants respectfully request that this Court grant their motion to withdraw and terminate their association with the NRA in the CM/ECF system.

1

Dated:  August 28, 2019                    Respectfully submitted,


By: /s/ Charles J. Cooper
    Charles J. Cooper*
    ccooper@cooperkirk.com
    Michael W. Kirk*
    mkirk@cooperkirk.com
    Harold S. Reeves
    hreeves@cooperkirk.com
    J. Joel Alicea*
    jalicea@cooperkirk.com
    Nicole Frazer Reaves*
    nreaves@cooperkirk.com
    COOPER & KIRK, PLLC
    1523 New Hampshire Ave., NW
    Washington D.C., 20036
    Telephone: (202) 220-9660
    Facsimile: (202) 220-9601

    *appearing *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record in the above cause via electronic filing in accordance with the Federal Rules of Civil Procedure and the Local Rules on this 28th day of August 2019.

William A. Scott
Assistant Attorney General, Of Counsel
New York State Attorney General's Office
Albany Office
The Capitol Albany, New York
12224-0341
Email: William.Scott@ag.ny.com

By: <u>/s/ Charles J. Cooper</u><br>Charles J. Cooper