UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

NOV 1 3 2019

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

NATIONAL RIFLE ASSOCIATION OF AMERICA

Plaintiff,

-against-

ANDREW CUOMO, both individually and in his official
Capacity; MARIA T. VULLO, both individually and in
her official capacity; and THE NEW YORK STATE
DEPARTMENT OF FINANCIAL SERVICES

Defendants.

**AFFIDAVIT OF BENJAMIN W.
HILL**
**1:18-CV-566**

| | |
|---|---|
| **STATE OF NEW YORK** | ) |
| | ) ss: |
| **COUNTY OF ALBANY** | ) |

BENJAMIN W. HILL, being duly sworn, deposes and says:

1. I am a partner in the law firm of Capezza Hill, LLP.

2. Per the request of the Honorable Christian F. Hummel, United States Magistrate Judge
   for the Northern District of New York, I conducted a conflict check with respect to the
   above-captioned matter and thereafter disclosed to the Court all potential conflicts that I
   am aware of arising out of current and past engagements.

3. Having reviewed 28 U.S.C. § 455, I am aware of no reason why I should be disqualified
   from serving as special master in the above-captioned matter.

BENJAMIN W. HILL

Sworn to before me this
13th day of November, 2019.

Notary Public

AUSTIN BROWNE
Notary Public, State of New York
Registration No. 01BR6396436
Qualified in Albany County
Commission Expires August 18, 2023