

December 17, 2019

**VIA ECF**

Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

    Re:    *National Rifle Association of America v. Cuomo*, No. 18-cv-00566-TJM-CFH

Dear Judge Hummel:

    My firm represents Plaintiff the National Rifle Association of America in this matter. Following up on the discussion during the December 4, 2019 conference before Your Honor, I write regarding ways to expedite the Special Master's review of documents withheld by Defendants and their privilege log. Of course, these suggestions would need the approval of Your Honor and the Special Master. I shared an earlier version of this letter with counsel for Defendants, in the hopes of achieving some consensus, but we were not able to reach agreement.

    In short, we recommend that the parties meet (either in person or telephonically) with the Special Master, as well as submit short briefings and make arguments on determinative issues, so that the Special Master can make informed decisions in his report and recommendation to Your Honor. Although not every document and privilege log entry should be briefed and argued, the Special Master may appreciate input from the parties on categories of privilege log entries and documents, or on issues going to the applicability of certain privileges and "whether [privileged] documents should still be released."[1]

    We believe that the parties' input to the Special Master would be helpful to him in completing his recommendations to Your Honor and would permit the parties to more narrowly focus and potentially minimize their objections to the Special Master's recommendation. That will enable Your Honor to review a clean "record" when reviewing the Special Master's recommendation and the parties' objections.

    As mentioned, an earlier version of this letter—which included verbatim the above two paragraphs—was shared with counsel for Defendants on December 11, 2019. William Scott responded for Defendants on December 13, 2019, and Mr. Scott's email is attached. Mr. Scott does not appear to be opposed to briefing legal issues before the Special Master, and the Special Master can determine whether one or more sets of briefing is most helpful to his review. However, Mr.

---

[1] *See* ECF No. 141 at 3 (Order Appointing Special Master).

**BREWER**

**Hon. Christian F. Hummel**
December 17, 2019
Page 2

Scott's suggestion that his clients answer the Special Master's questions about the content of the documents requires additional clarification. Assuming Mr. Scott is not suggesting *ex parte* communication with the Special Master—to which Plaintiff does not consent—sessions with the Special Master either in person or telephonically will be needed in any event.

On a more fundamental level, Plaintiff needs to see Defendants' privilege log in order for there to be a full and fair opportunity to engage with the Special Master before his recommendations to this Court. The privilege log itself is not privileged, and an opposing party is entitled to see it in order to effectively litigate privilege issues. If Plaintiff's suggestions above are implemented by the Special Master to any degree, along with Plaintiff's access to the privilege log, it will enable Plaintiff to assert more targeted objections to the Special Master's recommendations.

We are available for a brief telephonic conference regarding this letter, if Your Honor believes such a conference would be helpful to consideration of these issues, at the Court's earliest convenience.

Respectfully,

John Canoni

Attachment

cc:   All Counsel of Record (via ECF)

| | |
|---|---|
| **From:** | Scott, William <William.Scott@ag.ny.gov> |
| **Sent:** | Friday, December 13, 2019 2:04 PM |
| **To:** | John Canoni; Debbie Greenberger |
| **Cc:** | William Brewer; Sarah Rogers; Brittany Siscoe |
| **Subject:** | RE: NRA v. Cuomo - Proposed letter to Judge Hummel regarding Special Master |

John,

Thanks for getting us a copy of your proposal to review. I think that the process you outline has the potential to overly complicate and delay the special master's review. Instead I would suggest that we simply advise the special master that if he has questions about the content of the documents, those questions can be addressed by my clients, and if he has questions about any legal arguments, that do not require reference to the contents of the documents, it may be more efficient to address all such questions at once as compared to multiple brief submissions.

Bill

William A. Scott
Assistant Attorney General
Office of the New York State Attorney General
Litigation Bureau
The Capitol
Albany, New York 12224
(518) 776-2255
william.scott@ag.ny.gov



The information contained in this e-mail and any attachments thereto is privileged and confidential and is intended only for the use of those named as addressees. If the reader of this message is not an intended recipient or the employee, agent, or service-provider responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 518-776-2255. Thank you.

**From:** John Canoni <jjc@brewerattorneys.com>
**Sent:** Wednesday, December 11, 2019 10:49 AM
**To:** Scott, William <William.Scott@ag.ny.gov>; Debbie Greenberger <dgreenberger@ecbalaw.com>
**Cc:** William Brewer <WAB@brewerattorneys.com>; Sarah Rogers <sbr@BrewerAttorneys.com>; Brittany Siscoe <bls@brewerattorneys.com>
**Subject:** NRA v. Cuomo - Proposed letter to Judge Hummel regarding Special Master

[EXTERNAL]

Bill and Debbie: Please see the attached and let me know if you have minor edits and/or your consent to the letter being submitted jointly.

I would appreciate a response by the end of the day if possible.

Regards.

John

John C. Canoni | Partner
Brewer, Attorneys & Counselors
1717 Main Street, Suite 5900
Dallas, Texas  75201
Office Direct: 214.653.4851
Office Main: 214.653.4000 | Fax: 214.653.1015
Cell: 914.552.5643
jcanoni@brewerattorneys.com | www.brewerattorneys.com

**BREWER**
ATTORNEYS & COUNSELORS

This communication (including any attachments) is intended for the sole use of the intended recipient, and may contain material that is confidential, privileged, attorney work product, and/or subject to privacy laws. If you are not the intended recipient, you are hereby kindly notified that any use, disclosure, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please delete this communication, including any copies or printouts, and notify us immediately by return email or at the telephone number above. Brewer, Attorneys and Counselors asserts in respect of this communication all applicable confidentiality, privilege, and/or privacy rights to the fullest extent permitted by law. Thank you.


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

**CAUTION: This email is from outside the organization. DO NOT CLICK a link or open an attachment unless you know the content is safe and are expecting it from the sender. If in doubt, contact the sender separately to verify the content.**
====================