## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** § § |  |
| Plaintiff, § | **CIVIL CASE NO. 18-CV-00566-TJM-** |
| v. § | **CFH** |
| § |  |
| **ANDREW CUOMO, both individually and** § | **NOTICE OF MOTION BY PLAINTIFF** |
| **in his official capacity; MARIA T. VULLO,** § | **FOR LEAVE TO FILE SECOND** |
| **both individually and in her official capacity;** § | **AMENDED COMPLAINT AND JURY** |
| **and THE NEW YORK STATE** § | **DEMAND** |
| **DEPARTMENT OF FINANCIAL** § |  |
| **SERVICES,** § |  |
| Defendants. § |  |

PLEASE TAKE NOTICE that pursuant to Rules 15(a) and 16(b) of the Federal Rules of Civil Procedure and upon the annexed proposed Second Amended Complaint and redline version showing changes from the First Amended Complaint, the accompanying memorandum of law, and all other papers and proceedings in this matter, Plaintiff National Rifle Association of America (the "NRA"), by their undersigned counsel of record, will move this Court before the Honorable Christian F. Hummel, in the United States District Court, Northern District of New York, Albany, New York, on a date to be designated by the Court, for an order granting leave to file its Second Amended Complaint and Jury Demand.

The parties held a court conference with Magistrate Judge Hummel regarding the proposed motion on December 4, 2019.

Dated: December 20, 2019                    Respectfully submitted,

By: */s/ William A. Brewer III*
William A. Brewer III (Bar No. 700217)
wab@brewerattorneys.com
Sarah B. Rogers (Bar No. 700207)
sbr@brewerattorneys.com
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

**ATTORNEYS FOR THE NATIONAL
RIFLE ASSOCIATION OF AMERICA**