EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK
ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

January 13, 2020

**By ECF**

Hon. Christian F. Hummel
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

   Re:  *NRA v. Cuomo, et al.*, No. 18 Civ. 0566 (TJM)(CFH)

Dear Judge Hummel:

  We represent Defendant Maria T. Vullo. We write to respectfully request an extension of time for Defendants to oppose Plaintiff's motion to amend from January 20, 2020 to January 27, 2020, in light of the holidays and the press of other matters. This is the first such request. Plaintiff's counsel has **consented** to this request and asks, in turn, that the NRA's reply be due February 7, 2020, which Defendants consent to.

  We thank the Court for its consideration.

           Respectfully submitted,

           /s/

           Andrew G. Celli, Jr.
           Debra L. Greenberger

  c.  All Counsel of Record, *By ECF*