UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NATIONAL RIFLE ASSOCIATION OF AMERICA,

                              Plaintiff,

        v.

ANDREW CUOMO, both individually and in his
official capacity; MARIA T. VULLO, both
individually and in her official capacity; and
THE NEW YORK STATE DEPARTMENT OF
FINANCIAL SERVICES,

                              Defendants.

Case No.  18 Civ. 566 (TJM)(CFH)

## DECLARATION OF DEBRA L. GREENBERGER

DEBRA L. GREENBERGER declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner at the law firm of Emery Celli Brinckerhoff & Abady LLP, attorneys for defendant Maria T. Vullo.  I submit this declaration in opposition to Plaintiff's motion to amend.

2.      Attached as Exhibit 1 is a true and correct copy of the transcript of proceedings before the Honorable Christian F. Hummel held on December 4, 2019.

3.      Attached as Exhibit 2 is a true and correct copy of Plaintiff National Rifle Association of America's Objections to Defendant Maria T. Vullo's First Set of Interrogatories, dated January 6, 2020.

Dated: New York, New York
        January 27, 2020

                              /s Debra L. Greenberger
                              DEBRA L. GREENBERGER