

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2255

February 24, 2020

Honorable Christian F. Hummel
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:   *NRA v. Cuomo, et al*
      Northern District of New York
      18-CV-566 (TJM)(CFH)

Dear Judge Hummel:

    I write to request a seven (7) day extension of time until March 3, 2020, for the Defendants to comply with the terms of the Court's order at Dkt. 167. Though the Defendants have been working diligently to compile the additional information directed by the Court, my own case and travel schedule, coupled with that of my clients', has made coordinating to finalize the information for the Court difficult. It is believed that this additional seven days should be sufficient for the Defendants' to finalize the information directed by the Court.

    The Court's continued attention to this matter is appreciated.

Respectfully yours,

*s/ William A. Scott*

William A. Scott
Assistant Attorney General
Bar Roll No. 512434
William.Scott@ag.ny.gov