IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | **ORDER TO SHOW CAUSE RE: PRELMINARY INJUNCTION** |
| v. | § § | |
| **ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,** | § § § § § § § § | **CIVIL CASE NO. 18-CV-0566** **TJM/CFH** |
| **Defendants.** | § § | |

Upon the annexed memorandum of law, Declarations of Sarah B. Rogers, Arthur R. Miller, and John R. Cashin, and all prior papers and proceedings, it is hereby ORDERED that Defendants show cause before a motion term of this Court, at Room ___, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, on the _____ day of _____, 2020 at ____ in the _____, or as soon thereafter as counsel can be heard, why an Order should not be issued pursuant to Rule of Civil Procedure 65 and Local Rule 7.1 for a preliminary injunction restraining the New York State Department of Financial Services ("DFS") from initiating enforcement proceedings against the NRA, and granting such other relief as the Court may deem proper.

Ordered that service of a copy of this Order to Show Cause and accompanying papers, shall be served on Defendants' counsel on or before _____, 2020, and shall be deemed good and sufficient service.

Ordered that answering papers, if any, shall be filed and served upon Brewer, Attorneys & Counselors, 750 Lexington Avenue, Floor 14, New York, NY 10022, on or before _____, 2020.

Ordered that reply papers, if any, shall be filed and served upon Defendants' counsel, on or before _____, 2020.

DATED: February \_\_\_, 2020

Albany, NY                                                                    _____

U.S. District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all accompanying documents was served upon the following counsel of record in the above cause using the CM/ECF system on this 28th day of February 2020.

William A. Scott
Assistant Attorney General, Of Counsel
New York State Attorney General's Office
Albany Office
The Capitol Albany, New York
12224-0341
Email: William.Scott@ag.ny.com

*/s/ Sarah B. Rogers*

Sarah B. Rogers