# EXHIBIT C

| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Friday, October 06, 2017 10:05 AM |
| **To:** | Levine, Matthew (DFS) |
| **Subject:** | RE: Call |

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Sounds good does 11:30 am Tuesday work?

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG** | **@EVERYTOWN**

**From:** Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
**Sent:** Friday, October 06, 2017 9:32 AM
**To:** Eric Tirschwell
**Subject:** Re: Call

Good to hear from you
I'm in court today could we try Tuesday?
Cary gave me the materials for your group and I hope to review this weekend
Best

Sent from my iPhone

On Oct 6, 2017, at 9:11 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hey Matt, hope you are doing well, do you have 10 minutes for a quick call today? Thanks.

--

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG** | **@EVERYTOWN**

**From:**          Eric Tirschwell <etirschwell@everytown.org>
**Sent:**          Friday, October 06, 2017 9:12 AM
**To:**            Levine, Matthew (DFS)
**Subject:**       Call

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hey Matt, hope you are doing well, do you have 10 minutes for a quick call today? Thanks.

--

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG | @EVERYTOWN

**From:** Eric Tirschwell <etirschwell@everytown.org>
**Sent:** Friday, October 06, 2017 1:36 PM
**To:** Levine, Matthew (DFS)
**Subject:** RE: Call

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Some recent press.
http://www.npr.org/2017/10/05/555859571/nra-backed-gun-laws-have-found-success-in-state-legislatures-across-the-u-s
(discussion of Carry Guard toward the end)
http://www.philly.com/philly/blogs/inq-phillydeals/gun-insurance-nra-chubb-sell-protection-for-shooters-20171004.html
**ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY**
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG | @EVERYTOWN**

**From:** Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
**Sent:** Friday, October 06, 2017 9:32 AM
**To:** Eric Tirschwell
**Subject:** Re: Call
Good to hear from you
I'm in court today could we try Tuesday?
Cary gave me the materials for your group and I hope to review this weekend
Best

Sent from my iPhone

On Oct 6, 2017, at 9:11 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hey Matt, hope you are doing well, do you have 10 minutes for a quick call today? Thanks.

--

**ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY**
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG | @EVERYTOWN**

| | |
|---|---|
| **From:** | Levine, Matthew (DFS) |
| **Sent:** | Friday, October 06, 2017 9:32 AM |
| **To:** | Eric Tirschwell |
| **Subject:** | Re: Call |

Good to hear from you
I'm in court today could we try Tuesday?
Cary gave me the materials for your group and I hope to review this weekend
Best

Sent from my iPhone

On Oct 6, 2017, at 9:11 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:

> ATTENTION: This email come from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hey Matt, hope you are doing well, do you have 10 minutes for a quick call today? Thanks.

**ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY**
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

EVERYTOWN FOR **GUN SAFETY**
EVERYTOWN.ORG | @EVERYTOWN

| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Tuesday, October 17, 2017 12:10 PM |
| **To:** | Levine, Matthew (DFS) |
| **Subject:** | RE: Call |

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


Here now

ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG   646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG  |  @EVERYTOWN


-----Original Message-----
From: Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
Sent: Tuesday, October 17, 2017 12:04 PM
To: Eric Tirschwell
Subject: RE: Call

For a minute, yes.


_____

Matthew L. Levine
Executive Deputy Superintendent -- Enforcement

New York State Department of Financial Services One State Street Plaza Executive Division, 19th Floor New York, NY 10004-1511
212-709-5461  matthew.levine@dfs.ny.gov

www.dfs.ny.gov


-----Original Message-----
From: Eric Tirschwell [mailto:etirschwell@everytown.org]
Sent: Tuesday, October 17, 2017 11:56 AM
To: Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov>
Subject: Re: Call

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


Can we do 1210?

> On Oct 17, 2017, at 10:29 AM, Levine, Matthew (DFS)
<Matthew.Levine@dfs.ny.gov> wrote:
>
> Thanks
> Are you free for a short call at noon?
>
> Sent from my iPhone
>
>> On Oct 17, 2017, at 10:22 AM, Eric Tirschwell
<etirschwell@everytown.org> wrote:
>>
>> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>>
>> FYI, see attached for latest solicitation from NRA.
>>
>> ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT
POLICY
>> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>> _____
>> EVERYTOWN FOR GUN SAFETY
>> EVERYTOWN.ORG<http://everytown.org/>  |  @EVERYTOWN
>>
>> From: Levine, Matthew (DFS)
>> [mailto:Matthew.Levine@dfs.ny.gov<mailto:Matthew.Levine@dfs.ny.gov>]
>> Sent: Friday, October 06, 2017 9:32 AM
>> To: Eric Tirschwell
>> Subject: Re: Call
>>
>> Good to hear from you
>> I'm in court today could we try Tuesday?
>> Cary gave me the materials for your group and I hope to review this
>> weekend Best
>>
>> Sent from my iPhone
>>
>> On Oct 6, 2017, at 9:11 AM, Eric Tirschwell
<etirschwell@everytown.org<mailto:etirschwell@everytown.org>> wrote:
>>
>> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>>
>> Hey Matt, hope you are doing well, do you have 10 minutes for a quick
call today?  Thanks.
>>
>> --
>>
>> ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT
POLICY
>> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>>
>> _____

>>
>> EVERYTOWN FOR GUN SAFETY
>> EVERYTOWN.ORG<http://everytown.org/> | @EVERYTOWN <scan.pdf.secure>

| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Tuesday, October 17, 2017 11:56 AM |
| **To:** | Levine, Matthew (DFS) |
| **Subject:** | Re: Call |

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


Can we do 1210?

> On Oct 17, 2017, at 10:29 AM, Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov> wrote:
>
> Thanks
> Are you free for a short call at noon?
>
> Sent from my iPhone
>
>> On Oct 17, 2017, at 10:22 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:
>>
>> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
>>
>> FYI, see attached for latest solicitation from NRA.
>>
>> ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
>> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>> _____
>> EVERYTOWN FOR GUN SAFETY
>> EVERYTOWN.ORG<http://everytown.org/> | @EVERYTOWN
>>
>> From: Levine, Matthew (DFS)
>> [mailto:Matthew.Levine@dfs.ny.gov<mailto:Matthew.Levine@dfs.ny.gov>]
>> Sent: Friday, October 06, 2017 9:32 AM
>> To: Eric Tirschwell
>> Subject: Re: Call
>>
>> Good to hear from you
>> I'm in court today could we try Tuesday?
>> Cary gave me the materials for your group and I hope to review this
>> weekend Best
>>
>> Sent from my iPhone
>>
>> On Oct 6, 2017, at 9:11 AM, Eric Tirschwell <etirschwell@everytown.org<mailto:etirschwell@everytown.org>> wrote:
>>
>> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
>>

>> Hey Matt, hope you are doing well, do you have 10 minutes for a quick call today?  Thanks.
>>
>> --
>>
>> ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
>> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>>
>> _____
>>
>> EVERYTOWN FOR GUN SAFETY
>> EVERYTOWN.ORG<http://everytown.org/>  |  @EVERYTOWN <scan.pdf.secure>

| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Tuesday, October 17, 2017 11:00 AM |
| **To:** | Levine, Matthew (DFS) |
| **Subject:** | RE: Call |

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

You can call my number below.

ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG   646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG |  @EVERYTOWN


-----Original Message-----
From: Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
Sent: Tuesday, October 17, 2017 10:29 AM
To: Eric Tirschwell
Subject: Re: Call

Thanks
Are you free for a short call at noon?

Sent from my iPhone

> On Oct 17, 2017, at 10:22 AM, Eric Tirschwell
<etirschwell@everytown.org> wrote:
>
> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>
> FYI, see attached for latest solicitation from NRA.
>
> ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT
POLICY
> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
> _____
> EVERYTOWN FOR GUN SAFETY
> EVERYTOWN.ORG<http://everytown.org/> |  @EVERYTOWN
>
> From: Levine, Matthew (DFS)
> [mailto:Matthew.Levine@dfs.ny.gov<mailto:Matthew.Levine@dfs.ny.gov>]
> Sent: Friday, October 06, 2017 9:32 AM
> To: Eric Tirschwell
> Subject: Re: Call

>
> Good to hear from you
> I'm in court today could we try Tuesday?
> Cary gave me the materials for your group and I hope to review this
> weekend Best
>
> Sent from my iPhone
>
> On Oct 6, 2017, at 9:11 AM, Eric Tirschwell
<etirschwell@everytown.org<mailto:etirschwell@everytown.org>> wrote:
>
> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>
> Hey Matt, hope you are doing well, do you have 10 minutes for a quick
call today?  Thanks.
>
> --
>
> ERIC TIRSCHWELL  |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT
POLICY
> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>
> _____
>
> EVERYTOWN FOR GUN SAFETY
> EVERYTOWN.ORG<http://everytown.org/>  |  @EVERYTOWN <scan.pdf.secure>

**From:**       Eric Tirschwell  <etirschwell@everytown.org>
**Sent:**       Tuesday, October 17, 2017 10:31 AM
**To:**         Levine, Matthew (DFS)
**Subject:**    RE: Call

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


Yep

ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG   646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG  |  @EVERYTOWN


-----Original Message-----
From: Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
Sent: Tuesday, October 17, 2017 10:29 AM
To: Eric Tirschwell
Subject: Re: Call

Thanks
Are you free for a short call at noon?

Sent from my iPhone

> On Oct 17, 2017, at 10:22 AM, Eric Tirschwell
<etirschwell@everytown.org> wrote:
>
> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>
> FYI, see attached for latest solicitation from NRA.
>
> ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT
POLICY
> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
> _____
> EVERYTOWN FOR GUN SAFETY
> EVERYTOWN.ORG<http://everytown.org/>  |  @EVERYTOWN
>
> From: Levine, Matthew (DFS)
> [mailto:Matthew.Levine@dfs.ny.gov<mailto:Matthew.Levine@dfs.ny.gov>]
> Sent: Friday, October 06, 2017 9:32 AM
> To: Eric Tirschwell
> Subject: Re: Call

>
> Good to hear from you
> I'm in court today could we try Tuesday?
> Cary gave me the materials for your group and I hope to review this
> weekend Best
>
> Sent from my iPhone
>
> On Oct 6, 2017, at 9:11 AM, Eric Tirschwell
<etirschwell@everytown.org<mailto:etirschwell@everytown.org>> wrote:
>
> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>
> Hey Matt, hope you are doing well, do you have 10 minutes for a quick
call today?  Thanks.
>
> --
>
> ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT
POLICY
> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>
> _____
>
> EVERYTOWN FOR GUN SAFETY
> EVERYTOWN.ORG<http://everytown.org/> | @EVERYTOWN <scan.pdf.secure>

**From:**        Eric Tirschwell <etirschwell@everytown.org>
**Sent:**        Tuesday, October 17, 2017 10:22 AM
**To:**          Levine, Matthew (DFS)
**Subject:**     RE: Call
**Attachments:** scan.pdf

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

FYI, see attached for latest solicitation from NRA.
**ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY**
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG | @EVERYTOWN**

**From:** Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
**Sent:** Friday, October 06, 2017 9:32 AM
**To:** Eric Tirschwell
**Subject:** Re: Call
Good to hear from you
I'm in court today could we try Tuesday?
Cary gave me the materials for your group and I hope to review this weekend
Best

Sent from my iPhone

On Oct 6, 2017, at 9:11 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hey Matt, hope you are doing well, do you have 10 minutes for a quick call today? Thanks.

--

**ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY**
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG | @EVERYTOWN**

**From:**        Levine, Matthew (DFS)
**Sent:**        Tuesday, October 17, 2017 10:29 AM
**To:**          Eric Tirschwell
**Subject:**     Re: Call


Thanks
Are you free for a short call at noon?

Sent from my iPhone

> On Oct 17, 2017, at 10:22 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:
>
> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
>
> FYI, see attached for latest solicitation from NRA.
>
> ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
> _____   ___ _____ _____
> EVERYTOWN FOR GUN SAFETY
> EVERYTOWN.ORG<http://everytown.org/> | @EVERYTOWN
>
> From: Levine, Matthew (DFS)
> [mailto:Matthew.Levine@dfs.ny.gov<mailto:Matthew.Levine@dfs.ny.gov>]
> Sent: Friday, October 06, 2017 9:32 AM
> To: Eric Tirschwell
> Subject: Re: Call
>
> Good to hear from you
> I'm in court today could we try Tuesday?
> Cary gave me the materials for your group and I hope to review this
> weekend Best
>
> Sent from my iPhone
>
> On Oct 6, 2017, at 9:11 AM, Eric Tirschwell <etirschwell@everytown.org<mailto:etirschwell@everytown.org>> wrote:
>
> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
>
> Hey Matt, hope you are doing well, do you have 10 minutes for a quick call today?  Thanks.
>
> --
>
> ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>
> _____ _ _____ ____ _ ___

>
> EVERYTOWN FOR GUN SAFETY
> EVERYTOWN.ORG<http://everytown.org/>  |  @EVERYTOWN <scan.pdf.secure>

**From:**       Levine, Matthew (DFS)
**Sent:**       Tuesday, October 17, 2017 12:04 PM
**To:**         Eric Tirschwell
**Subject:**    RE: Call


For a minute, yes.


_____

Matthew L. Levine

Executive Deputy Superintendent -- Enforcement

New York State Department of Financial Services One State Street Plaza Executive Division, 19th Floor New York, NY 10004-1511
212-709-5461  matthew.levine@dfs.ny.gov

www.dfs.ny.gov


-----Original Message-----
From: Eric Tirschwell [mailto:etirschwell@everytown.org]
Sent: Tuesday, October 17, 2017 11:56 AM
To: Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov>
Subject: Re: Call

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


Can we do 1210?

> On Oct 17, 2017, at 10:29 AM, Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov> wrote:
>
> Thanks
> Are you free for a short call at noon?
>
> Sent from my iPhone
>
>> On Oct 17, 2017, at 10:22 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:
>>
>> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
>>
>> FYI, see attached for latest solicitation from NRA.
>>
>> ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
>> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>> _____
>> EVERYTOWN FOR GUN SAFETY

>> EVERYTOWN.ORG<http://everytown.org/>  |  @EVERYTOWN
>>
>> From: Levine, Matthew (DFS)
>> [mailto:Matthew.Levine@dfs.ny.gov<mailto:Matthew.Levine@dfs.ny.gov>]
>> Sent: Friday, October 06, 2017 9:32 AM
>> To: Eric Tirschwell
>> Subject: Re: Call
>>
>> Good to hear from you
>> I'm in court today could we try Tuesday?
>> Cary gave me the materials for your group and I hope to review this
>> weekend Best
>>
>> Sent from my iPhone
>>
>> On Oct 6, 2017, at 9:11 AM, Eric Tirschwell <etirschwell@everytown.org<mailto:etirschwell@everytown.org>> wrote:
>>
>> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown
senders or unexpected emails.
>>
>> Hey Matt, hope you are doing well, do you have 10 minutes for a quick call today?  Thanks.
>>
>> --
>>
>> ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
>> ETIRSCHWELL@EVERYTOWN.ORG<mailto:CMOONEY@EVERYTOWN.ORG>   646-324-8222
>>
>> _____
>>
>> EVERYTOWN FOR GUN SAFETY
>> EVERYTOWN.ORG<http://everytown.org/>  |  @EVERYTOWN <scan.pdf.secure>

**Sent:**                      Thursday, October 19, 2017 5:05 PM
**To:**                          Eric Tirschwell
**Subject:**                Re: Call

---

**From:** Eric Tirschwell <etirschwell@everytown.org>
**Sent:** Thursday, October 19, 2017 4:46:37 PM
**To:** Levine, Matthew (DFS)
**Subject:** RE: Call
ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


http://www.nydailynews.com/news/national/ad-blast-nra-murder-insurance-peo
ple-shoot-article-1.3574483

http://abcnews.go.com/US/wireStory/murder-insurance-protection-defense-cas
es-50581815


ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG | @EVERYTOWN


-----Original Message-----
From: Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
Sent: Thursday, October 19, 2017 4:44 PM
To: Eric Tirschwell
Subject: Re: Call

The link doesn't exist
Possible to PDF to me?

Sent from my iPhone

> On Oct 19, 2017, at 4:13 PM, Eric Tirschwell <etirschwell@everytown.org>
wrote:
>
> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>
>
> FYI.
>
>
http://www.sfchronicle.com/news/crime/article/Murder-Insurance-or-protecti
> on-in-self-defense-12289886.php

**From:**       Eric Tirschwell  <etirschwell@everytown.org>
**Sent:**       Thursday, October 19, 2017 4:47 PM
**To:**         Levine, Matthew (DFS)
**Subject:**    RE: Call

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

http://www.nydailynews.com/news/national/ad-blast-nra-murder-insurance-peo
ple-shoot-article-1.3574483

http://abcnews.go.com/US/wireStory/murder-insurance-protection-defense-cas
es-50581815

ERIC TIRSCHWELL |  DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG   646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG  |  @EVERYTOWN

-----Original Message-----
From: Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
Sent: Thursday, October 19, 2017 4:44 PM
To: Eric Tirschwell
Subject: Re: Call

The link doesn't exist
Possible to PDF to me?

Sent from my iPhone

> On Oct 19, 2017, at 4:13 PM, Eric Tirschwell <etirschwell@everytown.org>
wrote:
>
> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>
>
> FYI.
>
>
http://www.sfchronicle.com/news/crime/article/Murder-insurance-or-protecti
> on-in-self-defense-12289886.php

| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Thursday, October 19, 2017 5:26 PM |
| **To:** | Levine, Matthew (DFS) |
| **Subject:** | RE: Call |

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Yep want to call my desk # below?

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG | @EVERYTOWN**

**From:** Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
**Sent:** Thursday, October 19, 2017 5:24 PM
**To:** Eric Tirschwell
**Subject:** Re: Call
Got a second to discuss?

**From:** Eric Tirschwell <etirschwell@everytown.org>
**Sent:** Thursday, October 19, 2017 4:46:37 PM
**To:** Levine, Matthew (DFS)
**Subject:** RE: Call
ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

http://www.nydailynews.com/news/national/ad-blast-nra-murder-insurance-peo
ple-shoot-article-1.3574483

http://abcnews.go.com/US/wireStory/murder-insurance-protection-defense-cas
es-50581815


ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG | @EVERYTOWN


-----Original Message-----
From: Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
Sent: Thursday, October 19, 2017 4:44 PM
To: Eric Tirschwell
Subject: Re: Call

The link doesn't exist
Possible to PDF to me?

Sent from my iPhone

> On Oct 19, 2017, at 4:13 PM, Eric Tirschwell <etirschwell@everytown.org>
wrote:
>
> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>
>
> FYI.
>
>
http://www.sfchronicle.com/news/crime/article/Murder-insurance-or-protecti
> on-in-self-defense-12289886.php

**From:**  Levine, Matthew (DFS)
**Sent:**  Thursday, October 19, 2017 5:24 PM
**To:**  Eric Tirschwell
**Subject:**  Re: Call

Got a second to discuss?

---

**From:** Eric Tirschwell <etirschwell@everytown.org>
**Sent:** Thursday, October 19, 2017 4:46:37 PM
**To:** Levine, Matthew (DFS)
**Subject:** RE: Call
ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

http://www.nydailynews.com/news/national/ad-blast-nra-murder-insurance-peo
ple-shoot-article-1.3574483

http://abcnews.go.com/US/wireStory/murder-insurance-protection-defense-cas
es-50581815

ERIC TIRSCHWELL | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG | @EVERYTOWN

-----Original Message-----
From: Levine, Matthew (DFS) [mailto:Matthew.Levine@dfs.ny.gov]
Sent: Thursday, October 19, 2017 4:44 PM
To: Eric Tirschwell
Subject: Re: Call

The link doesn't exist
Possible to PDF to me?

Sent from my iPhone

> On Oct 19, 2017, at 4:13 PM, Eric Tirschwell <etirschwell@everytown.org>
wrote:
>
> ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected emails.
>
>
> FYI.
>
>
http://www.sfchronicle.com/news/crime/article/Murder-insurance-or-protecti
> on-in-self-defense-12289886.php

**From:** Levine, Matthew (DFS)
**Sent:** Thursday, October 19, 2017 4:44 PM
**To:** Eric Tirschwell
**Subject:** Re: Call

The link doesn't exist
Possible to PDF to me?

Sent from my iPhone

> On Oct 19, 2017, at 4:13 PM, Eric Tirschwell <etirschwell@everytown.org> wrote:
>
> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
>
>
> FYI.
>
> http://www.sfchronicle.com/news/crime/article/Murder-insurance-or-protecti
> on-in-self-defense-12289886.php

**From:**       Eric Tirschwell <etirschwell@everytown.org>
**Sent:**       Thursday, October 19, 2017 4:14 PM
**To:**         Levine, Matthew (DFS)
**Subject:**    RE: Call

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

FYI.

http://www.sfchronicle.com/news/crime/article/Murder-insurance-or-protecti
on-in-self-defense-12289886.php

**From:**          Loconte, Richard (DFS)
**Sent:**          Tuesday, October 24, 2017 1:36 PM
**To:**            etirschwell@everytown.org

Hi Eric, Matt Levine provided me your email and suggested I reach out. Regarding our investigation into NRA and Carry Guard, would you be open to having me send media inquiries your way if we start getting calls?

Regards,
Rich


**Richard Loconte**
Executive Deputy Superintendent
Communications and Strategy

**New York State Department of Financial Services**
One State Street
New York, NY 10004
212.709.1690 | richard.loconte@dfs.ny.gov

www.dfs.ny.gov

**Sent:**              Tuesday, October 24, 2017 1:19 PM
**To:**                etirschwell@everytown.org


Eric, Matt Levine provided me your email. Regarding our investigation into NRA and Carry Guard, would you be open to having me send media inquiries your way

**Richard Loconte**
Executive Deputy Superintendent
Communications and Strategy

**New York State Department of Financial Services**
One State Street
New York, NY 10004
212.709.1690 | richard.loconte@dfs.ny.gov

www.dfs.ny.gov

**From:**        Eric Tirschwell <etirschwell@everytown.org>
**Sent:**        Wednesday, October 25, 2017 4:33 PM
**To:**          Loconte, Richard (DFS)
**Subject:**     FYI



ATTENTION: This email *came* from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

If you're having trouble viewing this email, you may see it online.        Share this:

*FOR IMMEDIATE RELEASE*
October 25, 2017
**MEDIA CONTACT**
press@everytown.org or 408.306.2604

### EVERYTOWN, MOMS DEMAND ACTION STATEMENTS RESPONDING TO REPORT THAT NEW YORK DEPARTMENT OF FINANCIAL SERVICES IS INVESTIGATING NRA CARRY GUARD INSURANCE

*The Wall Street Journal Reports that New York Department of Financial Services Is Probing Shaky Legal Ground for NRA Carry Guard Insurance*

*Probe is Based on Everytown Investigation and Analysis of Carry Guard*

**NEW YORK** – Everytown for Gun Safety and Moms Demand Action for Gun Sense in America, part of Everytown, released the following statements today after the Wall Street Journal reported that the New York Department of Financial Services is investigating the legality of the NRA's marketing and fees in connection with its Carry Guard insurance product, including investigating the role of Chubb Insurance and Lockton Affinity. NRA Carry Guard promises to provide insurance coverage for legal and other costs for gun owners who shoot someone and claim self-defense.

The disclosure of the New York investigation follows an investigation and legal analysis of NRA Carry Guard by Everytown, which was shared with law enforcement and regulators in New York and elsewhere.

**STATEMENT FROM ERIC TIRSCHWELL, LITIGATION DIRECTOR, EVERYTOWN FOR GUN SAFETY:**

"The New York Department of Financial Services is right to investigate the NRA's 'Carry Guard' insurance. Apart from the troubling nature of the product, there are serious legal questions about whether the NRA is violating insurance and possibly other consumer laws, which is why we shared our concerns with law enforcement and regulators."

**STATEMENT FROM SHANNON WATTS, FOUNDER OF MOMS DEMAND ACTION FOR GUN SENSE IN AMERICA:**

"NRA Carry Guard proves that for the NRA's leadership, no idea is too absurd, reckless or depraved. For years, NRA lobbyists have pushed to allow guns for anyone, anywhere, any time – no questions asked. Now they've figured out how to profit from gun owners concerned about being accused of murder. Carry Guard is just more proof that NRA leaders will do anything for money."

The Everytown investigation into Carry Guard shared with regulators showed:

>Beginning earlier this year, the NRA has been aggressively using the internet, emails, commercials and videos to promote NRA Carry Guard, a training and insurance program that purports to provide comprehensive insurance for gun owners who shoot someone and claim self-defense.

>There is past legal precedent suggesting that organizations that are not licensed to sell insurance should use extreme caution in soliciting people to buy "affinity" insurance plans.

>Based on the analysis of a recent federal appeals court decision (Friedman v. AARP) and Everytown's investigation, the NRA may be violating California Insurance and Unfair Competition law – and possibly the insurance law of other states, including New York – by actively soliciting the purchase of Carry Guard insurance without being licensed to do so.

>Examples of the explicit solicitation language the NRA has been using include "Get Carry Guard," "Join Today," "Sign up for NRA Carry Guard Today!," "If you carry a gun you need this," "I urge you to close this critical gap in your insurance coverage today," and "Join the ranks."

>It is also possible the NRA is improperly receiving commissions and/or excessive compensation in connection with this insurance product.

For a one-year Bronze policy, the total annual charge is $154.95, with an "Administrative/Membership Fee" that goes to the NRA of $69.45, or about 45 percent of the total annual charge.

While that fee includes an annual NRA membership and some other minor perks, questions remain about whether the NRA is receiving an improper commission or excessive compensation.

### About Everytown for Gun Safety

Everytown is the largest gun violence prevention organization in the country with more than three million supporters and more than 170,000 donors including moms, mayors, survivors and everyday Americans who are fighting for public safety measures that respect the Second Amendment and help save lives. At the core of Everytown are Mayors Against Illegal Guns, Moms Demand Action for Gun Sense in America and the Everytown Survivor Network. Learn more at www.everytown.org and follow us @Everytown

### About Moms Demand Action for Gun Sense in America

Moms Demand Action for Gun Sense in America is a grassroots movement of Americans fighting for public safety measures that respect the Second Amendment and protect people from gun violence. Moms Demand Action campaigns for new and stronger solutions to lax gun laws and loopholes that jeopardize the safety of our children and families. Since its inception after the tragedy at Sandy Hook School, Moms Demand Action has established a chapter in every state of the country and, along with Mayors Against Illegal Guns and the Everytown Survivor Network, it is part of Everytown for Gun Safety, the largest gun violence prevention organization in the country with four million supporters and more than 170,000 donors. For more information or to get involved visit www.momsdemandaction.org. Follow us on Facebook at www.facebook.com/MomsDemandAction or on Twitter at @MomsDemand

### ###



P.O. Box 4184 | New York, NY 10017 US
This email was sent to mmcgough@everytown.org. To ensure that you continue
receiving our emails, please add us to your address book or safe list.

manage your preferences | opt out using **TrueRemove®**.

Got this as a forward? **Sign up** to receive our future emails.



**From:**          Loconte, Richard (DFS)
**Sent:**          Wednesday, October 25, 2017 1:00 PM
**To:**            etirschwell@everytown.org
**Subject:**       RE:


Eric, I tried calling you back earlier. I can be reached today on my cell at 917.392.8415 – thanks

**From:** Loconte, Richard (DFS)
**Sent:** Tuesday, October 24, 2017 1:36 PM
**To:** etirschwell@everytown.org
**Subject:**

Hi Eric, Matt Levine provided me your email and suggested I reach out. Regarding our investigation into NRA and Carry Guard, would you be open to having me send media inquiries your way if we start getting calls?

Regards,
Rich



**Richard Loconte**
Executive Deputy Superintendent
Communications and Strategy

**New York State Department of Financial Services**
One State Street
**New York, NY 10004**
212.709.1690 | richard loconte@dfs.ny.gov

www.dfs.ny.gov

**From:**        Eric Tirschwell <etirschwell@everytown.org>
**Sent:**        Friday, December 08, 2017 4:15 PM
**To:**          Levine, Matthew (DFS)
**Subject:**     Fwd: Photos

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Matt, here are some additional materials.

And the citation is:
https://scholar.google.com/scholar_case?case=8027532124808667217&q=838+p.2d+680&hl=en&as_sdt=6,33
(National Federation of Retired Persons v. Insurance Commissioner, 120 Wn.2d 101 (1992)).



I hope you had a chance to read the free "Aftermath" guide we recently sent to you.

As someone who takes their personal security seriously, I knew you'll value the crucial information in this guide.

But today, I want to tell you about the next step you need to take if you truly want to protect yourself, your loved ones, and your life's savings in the critical aftermath of a self-defense incident.

>   Because even if you do everything right, the truth is, you will likely still
>   be arrested.

A bail bond can cost you up to $100,000 alone. Also another $50,000 to $75,000 to retain a legal team. After all that...you can still get sued and be forced to pay civil or criminal court costs, attorney fees related to trial, testimony and witness fees....all totaling as much as $500,000 or more.

You should never be forced to choose between defending your life... and putting yourself and your family in financial ruin.

>   But now you can get the affordable self-defense
>   insurance protection YOU NEED so that you never have
>   to face this nightmare scenario.

Introducing...

NRA Carry Guard
Self-Defense Insurance Protection

NRA has made it easy for you to obtain the most complete insurance protection for self-defense, personal firearm liability, and civil defense legal fees.

And it's affordable for everyone. You can have this comprehensive protection, which also includes automatic coverage for your spouse, for just pennies a day!

### SIGN UP FOR NRA CARRY GUARD TODAY!

Or call **1-866-NRA-5050** to speak to one of our specialists who are standing by to assist you.

NRA Carry Guard gives you the protection you need if you're ever involved in a self-defense shooting.

Once you sign up for NRA Carry Guard insurance, you'll have:

- 24/7/365 access to the members-only hotline for incident reporting and emergency assistance.
- Immediate access as needed to supplementary payments for bail, bonds, legal retainer fees, lawful replacement of your legally possessed firearm, compensation while in court, psychological support and property restoration costs.
- Full coverage for your spouse automatically at no extra charge. Each NRA Carry Guard member has his or her own insurance limit ranging from $250,000 to $1,000,000 depending on the level of coverage you choose.
- Civil defense legal fees in addition to the insurance limit for each membership level.
- Access to legal assistance and the ability to select your own counsel.
- Access to the most comprehensive training developed exclusively for private citizens who carry concealed firearms.
- Subscription to NRA Carry Guard quarterly publication.
- The full backing of America's strongest defender of individual freedom, the National Rifle Association.

### SIGN UP FOR NRA CARRY GUARD TODAY!

You pay hundreds, even thousands of dollars every year to insure your home, your life, your vehicle, and your valuable possessions.

**But unless you have the proper self-defense insurance that NRA Carry Guard provides, the moment you pull the trigger you'll set off a chain reaction of daunting and expensive legal costs that can bankrupt you and your family.**

If it makes sense to insure your home, your vehicle, and your life – then it's a no-brainer to protect yourself and your family if you're ever thrown into a self-defense situation... which can be MUCH more costly.

# THE PARTIES TO A DEFENSIVE SHOOTING

**YOU—THE ARMED CITIZEN**

As you begin coming down from the adrenaline rush, you will most likely feel a powerful inclination to talk about what just happened. **It is imperative that you limit what you say at this point.** Every word you say—to the 9-1-1 dispatcher, to bystanders or to the police—is able to be used against you. Even if the police find no evidence to support a criminal case against you, you might find yourself liable for damages in a civil lawsuit. **Say what is necessary and nothing more.**

**THE 9-1-1 DISPATCHER**

You should stay on the line with the emergency dispatcher—or allow someone else on the scene to do so—until the police arrive. They need to know where to find you, who is the suspect and who is the defensive shooter, so that they can relay this information to the police. Explaining yourself beyond these vital details can only put you at risk.

More photos from here:

http://www.thetruthaboutguns.com/2017/04/daniel-zimmerman/nra-goes-big-carry-guard-insurance-program/









| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Monday, February 12, 2018 8:29 AM |
| **To:** | Levine, Matthew (DFS) |
| **Subject:** | Contact info |

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hey Matt, good to see you the other night, you were going to send me contact info I could share, thanks.

Eric


--

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

_____

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG** | @EVERYTOWN

| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Monday, February 12, 2018 10:15 AM |
| **To:** | Levine, Matthew (DFS) |
| **Cc:** | Jacobi, Hadas (DFS); Prendergast, Megan B (DFS) |
| **Subject:** | Re: Contact info/confidential |

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Thanks, Hadas is there a direct dial for you?

On Feb 12, 2018, at 6:29 AM, Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov> wrote:

> Good to see you too
> I'm connecting you with HadasJacobi who is handling this matter
> Please provide her information to the Mass regulator
> Thanks
>
> Sent from my iPhone
>
> On Feb 12, 2018, at 8:28 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:
>
> > *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*
> >
> > Hey Matt, good to see you the other night, you were going to send me contact info I could share, thanks.
> >
> > Eric
> >
> >
> > --
> >
> > **ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
> > ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222
> >
> > _____
> >
> > EVERYTOWN FOR GUN SAFETY
> > EVERYTOWN.ORG | @EVERYTOWN

**From:**      Levine, Matthew (DFS)
**Sent:**      Monday, February 12, 2018 9:29 AM
**To:**        Eric Tirschwell; Jacobi, Hadas (DFS)
**Cc:**        Prendergast, Megan B (DFS)
**Subject:**   Re: Contact info/confidential

Good to see you too
I'm connecting you with HadasJacobi who is handling this matter
Please provide her information to the Mass regulator
Thanks

Sent from my iPhone

On Feb 12, 2018, at 8:28 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
>
> Hey Matt, good to see you the other night, you were going to send me contact info I could share, thanks.
>
> Eric
>
> —
>
> **ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
> ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222
>
> **EVERYTOWN FOR GUN SAFETY**
> EVERYTOWN.ORG | @EVERYTOWN

| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Thursday, February 15, 2018 6:03 PM |
| **To:** | Jacobi, Hadas (DFS) |
| **Subject:** | RE: Contact info/confidential |
| **Attachments:** | scan.pdf |

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Attached is a recent article from Carry Guard Magazine that might be of interest.

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
EVERYTOWN.ORG | @EVERYTOWN

**From:** Jacobi, Hadas (DFS) [mailto:Hadas.Jacobi@dfs.ny.gov]
**Sent:** Thursday, February 15, 2018 9:55 AM
**To:** Eric Tirschwell
**Subject:** RE: Contact info/confidential
Eric,
My apologies for the delayed response – I've been out of the office with the flu the past week. My direct number is (212) 709-1662.
Thank you,
Hadas

**Hadas A. Jacobi**
Assistant Deputy Superintendent for Enforcement

**New York State Department of Financial Services**
One State Street Plaza
Executive Division, 19th Floor
New York, NY 10004-1511
(212) 709-1662 | hadas.jacobi@dfs.ny.gov
www.dfs.ny.gov

**From:** Eric Tirschwell [mailto:etirschwell@everytown.org]
**Sent:** Monday, February 12, 2018 10:15 AM
**To:** Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov>
**Cc:** Jacobi, Hadas (DFS) <Hadas.Jacobi@dfs.ny.gov>; Prendergast, Megan B (DFS) <Megan.Prendergast@dfs.ny.gov>
**Subject:** Re: Contact info/confidential

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Thanks, Hadas is there a direct dial for you?

On Feb 12, 2018, at 6:29 AM, Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov> wrote:

> Good to see you too
> I'm connecting you with HadasJacobi who is handling this matter
> Please provide her information to the Mass regulator
> Thanks

Sent from my iPhone

On Feb 12, 2018, at 8:28 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown sender*
> *unexpected emails.*

Hey Matt, good to see you the other night, you were going to send me contact info I
could share, thanks.
Eric

\--

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL
ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

───────────────────────────

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG** | **@EVERYTOWN**

| | |
|---|---|
| **From:** | Eric Tirschwell <etirschwell@everytown.org> |
| **Sent:** | Thursday, February 15, 2018 1:04 PM |
| **To:** | Jacobi, Hadas (DFS) |
| **Subject:** | RE: Contact info/confidential |

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Thank you.
**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
EVERYTOWN.ORG | @EVERYTOWN

**From:** Jacobi, Hadas (DFS) [mailto:Hadas.Jacobi@dfs.ny.gov]
**Sent:** Thursday, February 15, 2018 9:55 AM
**To:** Eric Tirschwell
**Subject:** RE: Contact info/confidential
Eric,
My apologies for the delayed response – I've been out of the office with the flu the past week. My direct number is (212) 709-1662.
Thank you,
Hadas

**Hadas A. Jacobi**
Assistant Deputy Superintendent for Enforcement

**New York State Department of Financial Services**
One State Street Plaza
Executive Division, 19th Floor
New York, NY 10004-1511
(212) 709-1662 | hadas.jacobi@dfs.ny.gov
www.dfs.ny.gov

**From:** Eric Tirschwell [mailto:etirschwell@everytown.org]
**Sent:** Monday, February 12, 2018 10:15 AM
**To:** Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov>
**Cc:** Jacobi, Hadas (DFS) <Hadas.Jacobi@dfs.ny.gov>; Prendergast, Megan B (DFS) <Megan.Prendergast@dfs.ny.gov>
**Subject:** Re: Contact info/confidential

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Thanks, Hadas is there a direct dial for you?

On Feb 12, 2018, at 6:29 AM, Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov> wrote:

> Good to see you too
> I'm connecting you with HadasJacobi who is handling this matter
> Please provide her information to the Mass regulator
> Thanks

Sent from my iPhone

On Feb 12, 2018, at 8:28 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown sender*
> *unexpected emails.*

Hey Matt, good to see you the other night, you were going to send me contact info I
could share, thanks.
Eric

--

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL
ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

---

**EVERYTOWN FOR GUN SAFETY**
**EVERYTOWN.ORG** | **@EVERYTOWN**

**From:**      Jacobi, Hadas (DFS)
**Sent:**      Thursday, February 15, 2018 9:55 AM
**To:**        Eric Tirschwell
**Subject:**   RE: Contact info/confidential

Eric,

My apologies for the delayed response – I've been out of the office with the flu the past week. My direct number is (212) 709-1662.

Thank you,

Hadas


**Hadas A. Jacobi**
Assistant Deputy Superintendent for Enforcement

**New York State Department of Financial Services**
One State Street Plaza
Executive Division, 19th Floor
New York, NY 10004-1511
(212) 709-1662 | hadas.jacobi@dfs.ny.gov

www.dfs.ny.gov


**From:** Eric Tirschwell [mailto:etirschwell@everytown.org]
**Sent:** Monday, February 12, 2018 10:15 AM
**To:** Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov>
**Cc:** Jacobi, Hadas (DFS) <Hadas.Jacobi@dfs.ny.gov>; Prendergast, Megan B (DFS) <Megan.Prendergast@dfs.ny.gov>
**Subject:** Re: Contact info/confidential

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Thanks, Hadas is there a direct dial for you?

On Feb 12, 2018, at 6:29 AM, Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov> wrote:

> Good to see you too
> I'm connecting you with HadasJacobi who is handling this matter
> Please provide her information to the Mass regulator
> Thanks
>
> Sent from my iPhone
>
> On Feb 12, 2018, at 8:28 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:

ATTENTION: This email came from an external *source. Do not open* attachments or click on links from unknown sen
unexpected emails.

Hey Matt, good to see you the other night, you were going to send me contact info I
could share, thanks.

Eric


---

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222


**EVERYTOWN FOR GUN SAFETY**
EVERYTOWN.ORG | @EVERYTOWN

**From:**      Jacobi, Hadas (DFS)
**Sent:**      Friday, February 16, 2018 12:59 PM
**To:**        Eric Tirschwell
**Subject:**   RE: Contact info/confidential

Thank you!

**From:** Eric Tirschwell [mailto:etirschwell@everytown.org]
**Sent:** Thursday, February 15, 2018 6:03 PM
**To:** Jacobi, Hadas (DFS) <Hadas.Jacobi@dfs.ny.gov>
**Subject:** RE: Contact info/confidential

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Attached is a recent article from Carry Guard Magazine that might be of interest.

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

EVERYTOWN FOR GUN SAFETY
EVERYTOWN.ORG | @EVERYTOWN

**From:** Jacobi, Hadas (DFS) [mailto:Hadas.Jacobi@dfs.ny.gov]
**Sent:** Thursday, February 15, 2018 9:55 AM
**To:** Eric Tirschwell
**Subject:** RE: Contact info/confidential

Eric,

My apologies for the delayed response – I've been out of the office with the flu the past week. My direct number is (212) 709-1662.

Thank you,

Hadas


**Hadas A. Jacobi**
Assistant Deputy Superintendent for Enforcement

**New York State Department of Financial Services**
One State Street Plaza
Executive Division, 19th Floor
New York, NY 10004-1511
(212) 709-1662 | hadas.jacobi@dfs.ny.gov

www.dfs.ny.gov

**From:** Eric Tirschwell [mailto:etirschwell@everytown.org]
**Sent:** Monday, February 12, 2018 10:15 AM
**To:** Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov>
**Cc:** Jacobi, Hadas (DFS) <Hadas.Jacobi@dfs.ny.gov>; Prendergast, Megan B (DFS) <Megan.Prendergast@dfs.ny.gov>
**Subject:** Re: Contact info/confidential

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Thanks, Hadas is there a direct dial for you?

On Feb 12, 2018, at 6:29 AM, Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov> wrote:

> Good to see you too
> I'm connecting you with HadasJacobi who is handling this matter
> Please provide her information to the Mass regulator
> Thanks
>
> Sent from my iPhone
>
> On Feb 12, 2018, at 8:28 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:
>
> > ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.
> >
> > Hey Matt, good to see you the other night, you were going to send me contact info I could share, thanks.
> >
> > Eric
> >
> >
> > --
> >
> > **ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
> > ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222
> >
> > _____
> >
> > **EVERYTOWN FOR GUN SAFETY**
> > **EVERYTOWN.ORG** | @EVERYTOWN

**From:**       Jacobi, Hadas (DFS)
**Sent:**       Friday, February 16, 2018 12:59 PM
**To:**         Eric Tirschwell
**Subject:**    RE: Contact info/confidential

Thank you!

**From:** Eric Tirschwell [mailto:etirschwell@everytown.org]
**Sent:** Thursday, February 15, 2018 6:03 PM
**To:** Jacobi, Hadas (DFS) <Hadas.Jacobi@dfs.ny.gov>
**Subject:** RE: Contact info/confidential

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

**Attached is a recent article from Carry Guard Magazine that might be of interest.**

**ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222

**EVERYTOWN FOR GUN SAFETY**
EVERYTOWN.ORG | @EVERYTOWN

**From:** Jacobi, Hadas (DFS) [mailto:Hadas.Jacobi@dfs.ny.gov]
**Sent:** Thursday, February 15, 2018 9:55 AM
**To:** Eric Tirschwell
**Subject:** RE: Contact info/confidential

Eric,

My apologies for the delayed response – I've been out of the office with the flu the past week. My direct number is (212) 709-1662.

Thank you,

Hadas


**Hadas A. Jacobi**
Assistant Deputy Superintendent for Enforcement

**New York State Department of Financial Services**
One State Street Plaza
Executive Division, 19th Floor
New York, NY 10004-1511
(212) 709-1662 | hadas.jacobi@dfs.ny.gov

www.dfs.ny.gov

**From:** Eric Tirschwell [mailto:etirschwell@everytown.org]
**Sent:** Monday, February 12, 2018 10:15 AM
**To:** Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov>
**Cc:** Jacobi, Hadas (DFS) <Hadas.Jacobi@dfs.ny.gov>; Prendergast, Megan B (DFS) <Megan.Prendergast@dfs.ny.gov>
**Subject:** Re: Contact info/confidential

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Thanks, Hadas is there a direct dial for you?

On Feb 12, 2018, at 6:29 AM, Levine, Matthew (DFS) <Matthew.Levine@dfs.ny.gov> wrote:

> Good to see you too
> I'm connecting you with HadasJacobi who is handling this matter
> Please provide her information to the Mass regulator
> Thanks
>
> Sent from my iPhone
>
> On Feb 12, 2018, at 8:28 AM, Eric Tirschwell <etirschwell@everytown.org> wrote:
>
>> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown sen... unexpected emails.
>> Hey Matt, good to see you the other night, you were going to send me contact info I could share, thanks.
>>
>> Eric
>>
>> --
>>
>> **ERIC TIRSCHWELL** | DIRECTOR OF LITIGATION AND NATIONAL ENFORCEMENT POLICY
>> ETIRSCHWELL@EVERYTOWN.ORG 646-324-8222
>>
>> _____
>>
>> **EVERYTOWN FOR GUN SAFETY**
>> EVERYTOWN.ORG | @EVERYTOWN

| | |
|---|---|
| From: | Eric Tirschwell <etirschwell@everytown.org> |
| Sent: | Friday, February 23, 2018 4:30 PM |
| To: | Loconte, Richard (DFS) |
| Subject: | Re: RE: |

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

FYI.

If you're having trouble viewing this email, you may see it online.

**Share this:**

FOR IMMEDIATE RELEASE
February 24, 2018

MEDIA CONTACT
press@everytown.org or 408.306.2604

## EVERYTOWN, MOMS DEMAND ACTION RESPOND TO REPORT THAT CHUBB HAS DROPPED NRA CARRY GUARD INSURANCE

*Complaint Filed by Everytown Last October Led to New York Department of Financial Services Probing Shaky Legal Ground for NRA Carry Guard Insurance*

*Moms Demand Action, Everytown Filed Complaints with Regulators in Six States about Legality of Carry Guard*

*In Wake of Mass Shooting in Parkland, Florida, a Wave of Companies Are Distancing Themselves from the NRA and Its Dangerous Agenda*

**NEW YORK** – Everytown for Gun Safety and Moms Demand Action for Gun Sense in America, part of Everytown, responded today to a report Chubb is dropping NRA Carry Guard insurance, which promises to provide insurance coverage for legal and other costs for gun owners who shoot someone and claim self-defense. The move comes days after the mass shooting in Parkland, Florida, and four months after Everytown shared its investigation and legal analysis demonstrating that the NRA may be violating state law, which led the New York Department of Financial Services to investigate the legality of the NRA's marketing and fees in connection with Carry Guard, including investigating the role of Chubb Insurance and Lockton Affinity. The latest move part of a wave of corporate defections from the NRA and its dangerous agenda.

According to Reuters, Chubb notified regulators that it was dropping Carry Guard three months ago.

Everytown and Moms Demand Action began filing complaints against Carry Guard with regulators in six states four months ago. The New York investigation followed an Everytown investigation and legal analysis of NRA Carry Guard, which was shared with law enforcement and regulators in New York and elsewhere.

**STATEMENT FROM JOHN FEINBLATT, PRESIDENT, EVERYTOWN FOR GUN SAFETY:**

"We applaud Chubb for dropping this dangerous product and urge Lockton Affinity to follow suit. Carry Guard is a dangerous and troubling product that risks encouraging those who carry guns to shoot first and ask questions later. For years, the NRA has pushed to allow guns for anyone, anywhere, anytime – no questions asked. With Carry Guard, the NRA has figured out how to profit from gun owners who are concerned about being accused of murder. Carry Guard is a danger to the American public, pure and simple."

**STATEMENT FROM SHANNON WATTS, FOUNDER OF MOMS DEMAND ACTION FOR GUN SENSE IN AMERICA:**

"Moms Demand Action volunteers have asked Chubb for months to drop its affiliation with Carry Guard and finally, it has. This wave of NRA boycotts will not stop -- Americans have had enough of NRA lobbyists and their deadly agenda. Companies don't want to do business with the gun lobby, and lawmakers shouldn't either."

Just in the days since the mass shooting in Parkland, Florida, corporations have been publicly distancing themselves from the NRA and its dangerous policies. This week, First National Bank of Omaha announced that it was no longer issuing its NRA Visa card, as well as announcements that Enterprise Holdings, the parent company of National Car Rental, Alamo and Enterprise, ended their discount program for NRA members. Symantec, the software company behind LifeLock and Norton AntiVirus, has also cut ties with the NRA today.

Also today, Moms Demand Action announced a new #DumpNRATV campaign calling on Apple, Amazon, AT&T's DIRECTV, Google and Roku to stop including NRATV on their streaming platforms.

The Everytown investigation into Carry Guard shared with regulators showed:

- Beginning last year, the NRA has been aggressively using the internet, emails, commercials and videos

to promote NRA Carry Guard, a training and
insurance program that purports to provide
comprehensive insurance for gun owners who
shoot someone and claim self-defense.

- There is past legal precedent suggesting that
organizations that are not licensed to sell
insurance should use extreme caution in soliciting
people to buy "affinity" insurance plans.

- Based on the analysis of a recent federal appeals
court decision (Friedman v. AARP) and
Everytown's investigation, the NRA may be
violating California Insurance and Unfair
Competition law – and possibly the insurance law
of other states, including New York – by actively
soliciting the purchase of Carry Guard insurance
without being licensed to do so.

- Examples of the explicit solicitation language the
NRA has been using include "Get Carry Guard,"
"Join Today," "Sign up for NRA Carry Guard
Today!," "If you carry a gun you need this," "I urge

you to close this critical gap in your insurance coverage today," and "Join the ranks."

- It is also possible the NRA is improperly receiving commissions and/or excessive compensation in connection with this insurance product.

    o For a one-year Bronze policy, the total annual charge is $154.95, with an "Administrative/Membership Fee" that goes to the NRA of $69.45, or about 45 percent of the total annual charge.

    o While that fee includes an annual NRA membership and some other minor perks, questions remain about whether the NRA is receiving an improper commission or excessive compensation.

*About Everytown for Gun Safety*

Everytown is the largest gun violence prevention organization in the country with more than three million supporters and more than 170,000 donors including moms, mayors, survivors and everyday Americans who are fighting for public safety measures that respect the Second Amendment and help save lives. At the core of Everytown are Mayors Against Illegal Guns, Moms Demand Action for Gun Sense in America and the Everytown Survivor Network. Learn more at www.everytown.org and follow us @Everytown

**About Moms Demand Action for Gun Sense in America**
Moms Demand Action for Gun Sense in America is a grassroots movement of Americans fighting for public safety measures that respect the Second Amendment and protect people from gun violence. Moms Demand Action campaigns for new and stronger solutions to lax gun laws and loopholes that jeopardize the safety of our children and families. Since its inception after the tragedy at Sandy Hook School, Moms Demand Action has established a chapter in every state of the country and, along with Mayors Against Illegal Guns and the Everytown Survivor Network, it is part of Everytown for Gun Safety, the largest gun violence prevention organization in the country with four million supporters and more than 170,000 donors. For more information or to get involved visit www.momsdemandaction.org.

Follow us on Facebook at
www.facebook.com/MomsDemandAction or on Twitter
at @MomsDemand

### 

www.dfs.ny.gov

**From:** Loconte, Richard (DFS)
**Sent:** Friday, February 23, 2018 4:52 PM
**To:** Eric Tirschwell
**Subject:** RE: RE:

Thank you

**From:** Eric Tirschwell [mailto:etirschwell@everytown.org]
**Sent:** Friday, February 23, 2018 4:30 PM
**To:** Loconte, Richard (DFS) <Richard.Loconte@dfs.ny.gov>
**Subject:** Re: RE:

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unknown emails.

FYI.

### If you're having trouble viewing this email, you may see it online.

**Share this:** 

*FOR IMMEDIATE RELEASE*
<u>February 24, 2018</u>

MEDIA CONTACT
press@everytown.org or 408.306.2604

## EVERYTOWN, MOMS DEMAND ACTION RESPOND TO REPORT THAT CHUBB HAS DROPPED NRA CARRY GUARD INSURANCE

*Complaint Filed by Everytown Last October Led to New York Department of Financial Services Probing Shaky Legal Ground for NRA Carry Guard Insurance*

*Moms Demand Action, Everytown Filed Complaints with Regulators in Six States about Legality of Carry Guard*

*In Wake of Mass Shooting in Parkland, Florida, a Wave of Companies Are Distancing Themselves from the NRA and Its Dangerous Agenda*

**NEW YORK** – Everytown for Gun Safety and Moms Demand Action for Gun Sense in America, part of Everytown, responded today to a report Chubb is dropping NRA Carry Guard insurance, which promises to provide insurance coverage for legal and other costs for gun owners who shoot someone and claim self-defense. The move comes days after the mass shooting in Parkland, Florida, and four months after Everytown shared its investigation and legal analysis demonstrating that the NRA may be violating state law, which led the New York Department of Financial Services to investigate the legality of the NRA's marketing and fees in connection with Carry Guard, including investigating the role of Chubb Insurance and Lockton Affinity. The latest move part of a wave of corporate defections from the NRA and its dangerous agenda.

According to Reuters, Chubb notified regulators that it was dropping Carry Guard three months ago. Everytown and Moms Demand Action began filing complaints against Carry Guard with regulators in six states four months ago. The New York investigation followed an Everytown investigation and legal analysis of NRA Carry Guard, which was shared with law enforcement and regulators in New York and elsewhere.

**STATEMENT FROM JOHN FEINBLATT, PRESIDENT, EVERYTOWN FOR GUN SAFETY:**

"We applaud Chubb for dropping this dangerous product and urge Lockton Affinity to follow suit. Carry Guard is a dangerous and troubling product that risks encouraging those who carry guns to shoot first and ask questions later. For years, the NRA has pushed to allow guns for anyone, anywhere, anytime – no questions asked. With Carry Guard, the NRA has figured out how to profit from gun owners who are concerned about being accused of murder. Carry Guard is a danger to the American public, pure and simple."

**STATEMENT FROM SHANNON WATTS, FOUNDER OF MOMS DEMAND ACTION FOR GUN SENSE IN AMERICA:**

"Moms Demand Action volunteers have asked Chubb
for months to drop its affiliation with Carry Guard and
finally, it has. This wave of NRA boycotts will not stop --
Americans have had enough of NRA lobbyists and their
deadly agenda. Companies don't want to do business
with the gun lobby, and lawmakers shouldn't either."

Just in the days since the mass shooting in Parkland,
Florida, corporations have been publicly distancing
themselves from the NRA and its dangerous policies.
This week, First National Bank of Omaha announced
that it was no longer issuing its NRA Visa card, as well
as announcements that Enterprise Holdings, the parent
company of National Car Rental, Alamo and Enterprise,
ended their discount program for NRA members.
Symantec, the software company behind LifeLock and
Norton AntiVirus, has also cut ties with the NRA today.

Also today, Moms Demand Action announced a new
#DumpNRATV campaign calling on Apple, Amazon,
AT&T's DIRECTV, Google and Roku to stop including
NRATV on their streaming platforms.

The Everytown investigation into Carry Guard shared
with regulators showed:

- Beginning last year, the NRA has been aggressively
  using the internet, emails, commercials and videos
  to promote NRA Carry Guard, a training and

insurance program that purports to provide comprehensive insurance for gun owners who shoot someone and claim self-defense.

- There is past legal precedent suggesting that organizations that are not licensed to sell insurance should use extreme caution in soliciting people to buy "affinity" insurance plans.

- Based on the analysis of a recent federal appeals court decision (Friedman v. AARP) and Everytown's investigation, the NRA may be violating California Insurance and Unfair Competition law – and possibly the insurance law of other states, including New York – by actively soliciting the purchase of Carry Guard insurance without being licensed to do so.

- Examples of the explicit solicitation language the NRA has been using include "Get Carry Guard," "Join Today," "Sign up for NRA Carry Guard Today!," "If you carry a gun you need this," "I urge you to close this critical gap in your insurance coverage today," and "Join the ranks."

- It is also possible the NRA is improperly receiving commissions and/or excessive compensation in connection with this insurance product.

  - For a one-year Bronze policy, the total annual charge is $154.95, with an "Administrative/Membership Fee" that goes to the NRA of $69.45, or about 45 percent of the total annual charge.

  - While that fee includes an annual NRA membership and some other minor perks, questions remain about whether the NRA is receiving an improper commission or excessive compensation.

### About Everytown for Gun Safety

Everytown is the largest gun violence prevention organization in the country with more than three million supporters and more than 170,000 donors including moms, mayors, survivors and everyday Americans who are fighting for public safety measures that respect the Second Amendment and help save lives. At the core of Everytown are Mayors Against Illegal Guns, Moms Demand Action for Gun Sense in

America and the Everytown Survivor Network. Learn more at www.everytown.org and follow us @Everytown

***About Moms Demand Action for Gun Sense in America***
Moms Demand Action for Gun Sense in America is a grassroots movement of Americans fighting for public safety measures that respect the Second Amendment and protect people from gun violence. Moms Demand Action campaigns for new and stronger solutions to lax gun laws and loopholes that jeopardize the safety of our children and families. Since its inception after the tragedy at Sandy Hook School, Moms Demand Action has established a chapter in every state of the country and, along with Mayors Against Illegal Guns and the Everytown Survivor Network, it is part of Everytown for Gun Safety, the largest gun violence prevention organization in the country with four million supporters and more than 170,000 donors. For more information or to get involved visit www.momsdemandaction.org. Follow us on Facebook at www.facebook.com/MomsDemandAction or on Twitter at @MomsDemand

###

| | |
|---|---|
| **From:** | Levine, Matthew (DFS) |
| **Sent:** | Monday, August 06, 2018 11:30 AM |
| **To:** | Eric Tirschwell |
| **Subject:** | Free for a short call? |

---

**Matthew L. Levine**
Executive Deputy Superintendent -- Enforcement

**New York State Department of Financial Services**
One State Street Plaza
Executive Division, 19th Floor
New York, NY 10004-1511
212-709-5461 matthew.levine@dfs.ny.gov

www.dfs.ny.gov