IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** § § § **Plaintiff,** § § **v.** § § **ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,** § § § § § § § § **Defendants.** § | **ORDER TO SHOW CAUSE RE: PRELMINARY INJUNCTION** **CIVIL CASE NO. 18-CV-0566** **TJM/CFH** |

Upon the annexed memorandum of law, Declarations of Sarah B. Rogers, Arthur R. Miller, and John R. Cashin, and all prior papers and proceedings, it is hereby ORDERED that Defendants show cause before a motion term of this Court, at Room ___, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, on the  23rd  day of   March  , 2020 at  1:30  in the afternoon or as soon thereafter as counsel can be heard, why an Order should not be issued pursuant to Rule of Civil Procedure 65 and Local Rule 7.1 for a preliminary injunction restraining the New York State Department of Financial Services ("DFS") from initiating enforcement proceedings against the NRA , and granting such other relief as the Court may deem proper.

Ordered that service of a copy of this Order to Show Cause and accompanying papers, shall be served on Defendants' counsel on or before _____, 2020, and shall be deemed good and sufficient service.

Page 1

Ordered that answering papers, if any, shall be filed and served upon Brewer, Attorneys & Counselors, 750 Lexington Avenue, Floor 14, New York, NY 10022, on or before  March 11 , 2020.

4:00pm on

DATED: February  28 , 2020

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge