# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

February 6, 2020

***Via Hand Delivery***
***Confidential and Filed Under Seal***

Hon. Christian Hummel
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   *Special Master Request for Payment of Fees* (1:18-cv-566)

Dear Your Honor:

Enclosed for your review is an invoice for services rendered through January 31, 2020 in the above-captioned matter which is being submitted to you under seal per the Court's instruction.

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

**CAPEZZA HILL, PLLC**

By: _____
Benjamin W. Hill

Encs.

**Capezza Hill, LLP**
30 South Pearl Street
P-110
Albany, NY 12207
United States
518-478-6065



Hon. Christian Hummell

| | |
|---|---|
| Balance | $15,179.00 |
| Invoice # | 00036 |
| Invoice Date | February 6, 2020 |
| Payment Terms | |
| Due Date | |

## Special Master NRA v. Cuomo et al.

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 12/03/2019 | BH | Review/Analysis | Researhc and review doc review platforms/options | $325.00 | 1.5 | $487.50 |
| 12/09/2019 | BH | Review/Analysis | Review/analysis of Hummell 8.8.19 Order | $325.00 | 1.2 | $390.00 |
| 12/09/2019 | BH | Review/Analysis | Review docket and text orders. | $325.00 | 0.2 | $65.00 |
| 12/19/2019 | BH | Review | Review letter from Brewer to Court re special master contact | $325.00 | 0.2 | $65.00 |
| 12/19/2019 | BH | Phone Call | Call w/ Nicole at Hummell's chambers re status. | $325.00 | 0.2 | $65.00 |
| 01/08/2020 | BH | Draft | Research and draft memo re deliberate process privilege | $325.00 | 1.0 | $325.00 |
| 01/09/2020 | BH | Review/Analysis | Review docket and pleadings | $325.00 | 1.0 | $325.00 |
| 01/09/2020 | BH | Draft | Draft memo on privileges | $325.00 | 1.0 | $325.00 |
| 01/09/2020 | BH | Draft | Draft spreadsheet | $325.00 | 0.4 | $130.00 |
| 01/09/2020 | BH | Review/Analysis | Review text order re special master | $325.00 | 0.1 | $32.50 |
| 01/09/2020 | BH | Research | Research privilege issues | $325.00 | 0.3 | $97.50 |
| 01/09/2020 | BH | Review/Analysis | Review Scheindlin article re sp masters | $325.00 | 0.2 | $65.00 |
| 01/10/2020 | BH | Review/Analysis | Review of Amended Complaint and exhibits; memos re same. | $325.00 | 2.3 | $747.50 |
| 01/12/2020 | BH | Review/Analysis | Review and analyze transcript of mtd oral argument | $325.00 | 1.0 | $325.00 |
| 01/13/2020 | BH | Review/Analysis | Review and analysis of Order on first MTD Amended Complaint | $325.00 | 2.0 | $650.00 |
| 01/13/2020 | BH | Review/Analysis | Review and analysis of Order on Second MTD re selective enforcement claims etc. | $325.00 | 0.5 | $162.50 |
| 01/13/2020 | BH | Review/Analysis | Review and analysis of motion to compel and response | $325.00 | 2.6 | $845.00 |

| Date | EE | Activity | Description | | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 01/14/2020 | BH | Review/Analysis | Review and analysis of motions to compel and for protective order | | $325.00 | 1.8 | $585.00 |
| 01/14/2020 | BH | Review/Analysis | Review and analyze courts decision on vullo deposition | | $325.00 | 0.3 | $97.50 |
| 01/14/2020 | BH | Review/Analysis | Review letter briefs re motion to amend | | $325.00 | 0.2 | $65.00 |
| 01/15/2020 | BH | Review/Analysis | Review motion to file second amended complaint. | | $325.00 | 0.3 | $97.50 |
| 01/15/2020 | BH | Correspondence | review letter from William Scott re special master. | | $325.00 | 0.1 | $32.50 |
| 01/16/2020 | BH | Review/Analysis | Review caselaw -- children's first etc. re privileges. | | $325.00 | 1.4 | $455.00 |
| 01/16/2020 | BH | Document Review | Doc Review of Gov docs | | $325.00 | 0.7 | $227.50 |
| 01/17/2020 | BH | Review/Analysis | Document review gov's docs. | | $325.00 | 4.5 | $1,462.50 |
| 01/17/2020 | BH | Review | Review exec chamber docs. | | $325.00 | 3.0 | $975.00 |
| 01/17/2020 | BH | Phone Call | Phone call w/ Nicole in chambers re log, etc. | | $325.00 | 0.3 | $97.50 |
| 01/18/2020 | BH | Review/Analysis | Research on privilege log; memo re prep for conf w/ judge. | | $325.00 | 1.0 | $325.00 |
| 01/21/2020 | BH | Review/Analysis | Review CFF priv log | | $325.00 | 0.2 | $65.00 |
| 01/21/2020 | BH | Review/Analysis | Review and analysis of Motion to compel subpoena papers | | $325.00 | 1.2 | $390.00 |
| 01/21/2020 | BH | Research | Research on priv logs and privilege. | | $325.00 | 0.7 | $227.50 |
| 01/21/2020 | BH | Research | Review and analysis of caselaw on atty-client privilege and deliberative process privilege | | $325.00 | 1.5 | $487.50 |
| 01/23/2020 | BH | Review/Analysis | Review DFS docs | | $325.00 | 2.0 | $650.00 |
| 01/23/2020 | BH | Phone Call | Prep for and call with chambers re privilege log, etc. | | $325.00 | 0.6 | $195.00 |
| 01/23/2020 | BH | Phone Call | Call w/ chambers re conf. | | $325.00 | 0.1 | $32.50 |
| 01/23/2020 | BH | Review/Analysis | Review corr and analysis of prior orders, draft letter to Judge Hummel | | $325.00 | 2.5 | $812.50 |
| 01/23/2020 | BH | Review/Analysis | Review DFS docs and priv log | | $325.00 | 1.0 | $325.00 |
| 01/27/2020 | BH | Review/Analysis | Review caselaw and orders re affidavit and privilege logs | | $325.00 | 3.5 | $1,137.50 |
| 01/27/2020 | BH | Phone Call | Phone call w/ chambers re piviledge logs | | $325.00 | 0.3 | $97.50 |
| 01/28/2020 | BH | Draft | Review logs and documents, corr. | | $325.00 | 2.5 | $812.50 |
| 01/28/2020 | BH | Edit | Edit letter to Court re status etc. | | $325.00 | 0.5 | $162.50 |
| | | | | Totals: | | 45.9 | $14,917.50 |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 01/09/2020 | BH | Copies | copies of pleadings | $0.25 | 90.0 | $22.50 |
| 01/09/2020 | BH | Copies | Copies of ECF docs oral argument tr. | $0.25 | 50.0 | $12.50 |
| 01/09/2020 | BH | Copies | Decision on MTD | $0.25 | 71.0 | $17.75 |
| 01/13/2020 | BH | Bulk Copying | Motions, pleadings, orders | $0.25 | 389.0 | $97.25 |
| 01/17/2020 | BH | Copies | gov documents | $0.25 | 337.0 | $84.25 |
| 01/21/2020 | BH | Copies | Copies of motion to compel subpoena papers | $0.25 | 47.0 | $11.75 |

| 01/21/2020 | BH | Copies | Westlaw sections on privilege | $0.25 | 62.0 | $15.50 |

| | Expense Total: | $261.50 |
|---|---|---|
| Time Entry Sub-Total: | | $14,917.50 |
| Expense Sub-Total: | | $261.50 |
| Sub-Total: | | $15,179.00 |
| Total: | | $15,179.00 |
| Amount Paid: | | $0.00 |
| Balance Due: | | $15,179.00 |