# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.

*Partner*

April 3, 2020

***Via email only***
***Confidential and Filed Under Seal***

Hon. Christian Hummel
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

      Re:    *Special Master Request for Payment of Fees* (1:18-cv-566)

Dear Your Honor:

Enclosed for your review is an invoice for services rendered through March 31, 2020 in the above-captioned matter which is being submitted to you under seal per the Court's instruction.

If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

**CAPEZZA HILL, LLP**

By: _____
            Benjamin W. Hill

Encs.

30 South Pearl Street | Suite P-110 | Albany, New York 12207
518-478-6065 | ben@capezzahill.com

**Capezza Hill, LLP**
30 South Pearl Street
P-110
Albany, NY 12207
United States
518-478-6065



**Hon. Christian Hummell**

| | |
|---|---|
| **Balance** | $15,336.25 |
| **Invoice #** | 00078 |
| **Invoice Date** | April 1, 2020 |
| **Payment Terms** | Net 15 |
| **Due Date** | April 16, 2020 |

---

## Special Master NRA v. Cuomo et al.

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 02/06/2020 | BH | Phone Call | Call to chambers. | $325.00 | 0.1 | $32.50 |
| 02/06/2020 | BH | Review/Analysis | Review order re privilege log supplementations | $325.00 | 0.2 | $65.00 |
| 02/06/2020 | BH | Phone Call | Call w/ Nicole at chambers re billing procedure. | $325.00 | 0.1 | $32.50 |
| 02/07/2020 | BH | Review/Analysis | Review DFS documents. | $325.00 | 1.6 | $520.00 |
| 02/07/2020 | BH | Review/Analysis | Review DFS documents | $325.00 | 1.0 | $325.00 |
| 02/07/2020 | BH | Research | Research on law enforcement privilege; memo re same | $325.00 | 2.0 | $650.00 |
| 02/18/2020 | BH | Review/Analysis | Review in camera corr. from Scott re production | $325.00 | 0.1 | $32.50 |
| 02/18/2020 | BH | Attend Meeting | Pick up new USB from Court | $325.00 | 0.2 | $65.00 |
| 02/18/2020 | BH | Review/Analysis | Review chamber docs; notes and research re same. | $325.00 | 1.5 | $487.50 |
| 02/18/2020 | BH | Review/Analysis | Review and analysis of DFS docs | $325.00 | 2.0 | $650.00 |
| 02/18/2020 | BH | Draft | Update memo re DFS docs/privileges and spreadsheet. | $325.00 | 0.2 | $65.00 |
| 02/19/2020 | BH | Review/Analysis | Review docket/text order re payment. | $325.00 | 0.1 | $32.50 |
| 02/19/2020 | BH | Review/Analysis | Review order on motion to compel. | $325.00 | 0.4 | $130.00 |
| 02/20/2020 | BH | Review/Analysis | Review DFS statement of charges and notice of hearing | $325.00 | 0.5 | $162.50 |
| 02/20/2020 | BH | Review/Analysis | Review DFS docs | $325.00 | 2.4 | $780.00 |
| 02/20/2020 | BH | Draft | Update review spreadsheet | $325.00 | 0.2 | $65.00 |
| 02/24/2020 | BH | Review/Analysis | Review correspondence from Vullo counsel re deposition. | $325.00 | 0.1 | $32.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/24/2020 | BH | Review/Analysis | Review corr. from W. Scott re request for extension. | $325.00 | 0.1 | $32.50 |
| 02/24/2020 | BH | Review/Analysis | Review DFS docs; update master spreadsheet and memo re production. | $325.00 | 3.3 | $1,072.50 |
| 02/28/2020 | BH | Phone Call | Call w chambers. | $325.00 | 0.1 | $32.50 |
| 02/28/2020 | BH | Review/Analysis | Review docket | $325.00 | 0.1 | $32.50 |
| 03/03/2020 | BH | Review/Analysis | Review P.I. motion | $325.00 | 0.5 | $162.50 |
| 03/03/2020 | BH | Review/Analysis | Review DFS docs | $325.00 | 0.4 | $130.00 |
| 03/06/2020 | BH | Phone Call | Call w/ Nicole at Chambers. | $325.00 | 0.1 | $32.50 |
| 03/10/2020 | BH | Review/Analysis | Review and analysis of AAG atty affirmations per court order | $325.00 | 0.5 | $162.50 |
| 03/10/2020 | BH | Review/Analysis | Review corr re AAG affirmations and logs. | $325.00 | 0.1 | $32.50 |
| 03/10/2020 | BH | Draft | Draft memo re to-do and AAG affirmations | $325.00 | 0.3 | $97.50 |
| 03/10/2020 | BH | Email | Emails w/ chambers re USB | $325.00 | 0.1 | $32.50 |
| 03/10/2020 | BH | Conference | Conf w/ tara re usb pick up. | $325.00 | 0.2 | $65.00 |
| 03/10/2020 | BH | Review/Analysis | Review corr from AAG Scott re updated privilege log. | $325.00 | 0.1 | $32.50 |
| 03/10/2020 | BH | Review/Analysis | Review updated privilege logs and update special master spreadsheets | $325.00 | 1.0 | $325.00 |
| 03/10/2020 | BH | Research | Research on work product doctrine and common interest; memo re same. | $325.00 | 0.5 | $162.50 |
| 03/10/2020 | BH | Review/Analysis | DFS document review | $325.00 | 0.7 | $227.50 |
| 03/11/2020 | BH | Document Review | Review affs and chambers docs. | $325.00 | 0.3 | $97.50 |
| 03/11/2020 | BH | Review/Analysis | Review and analysis of exec chamber docs | $325.00 | 2.5 | $812.50 |
| 03/17/2020 | BH | Research | Research on DP privilege | $325.00 | 2.5 | $812.50 |
| 03/17/2020 | BH | Review/Analysis | Review exec chamber docs | $325.00 | 1.3 | $422.50 |
| 03/18/2020 | BH | Document Review | Review and analysis of DFS docs | $325.00 | 2.0 | $650.00 |
| 03/20/2020 | BH | Review/Analysis | Review docket for status. | $325.00 | 0.1 | $32.50 |
| 03/24/2020 | BH | Document Review | Review and analysis of DFS docs | $325.00 | 3.0 | $975.00 |
| 03/24/2020 | BH | Review/Analysis | Review response nad reply papers to Prelim Injunction motion | $325.00 | 0.5 | $162.50 |
| 03/25/2020 | BH | Document Review | Review and analysis of DFS docs. | $325.00 | 1.4 | $455.00 |
| 03/25/2020 | BH | Document Review | Review DFS documents | $325.00 | 2.4 | $780.00 |
| 03/26/2020 | BH | Review/Analysis | Review and analysis of DFS docs | $325.00 | 2.0 | $650.00 |
| 03/27/2020 | BH | Review/Analysis | Review and analysis of DFS docs; organize docs for review. | $325.00 | 1.9 | $617.50 |
| 03/27/2020 | BH | Review/Analysis | Review and analysis of DFS docs | $325.00 | 2.7 | $877.50 |
| 03/30/2020 | BH | Document Review | Review and analysis of DFS docs | $325.00 | 1.7 | $552.50 |
| 03/31/2020 | BH | Review/Analysis | Review and analysis of DFS docs | $325.00 | 2.0 | $650.00 |

Totals:  **47.1**  **$15,307.50**

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|-----|----------|-------------|------|----------|-----------|
| 03/26/2020 | BH | Copies | Print copies of handwritten notes; other docs. | $0.25 | 115.0 | $28.75 |

Expense Total: **$28.75**

| | |
|---|---|
| Time Entry Sub-Total: | $15,307.50 |
| Expense Sub-Total: | $28.75 |
| **Sub-Total:** | $15,336.25 |
| | |
| **Total:** | $15,336.25 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$15,336.25** |