# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER

June 11, 2020

**By ECF**

Hon. Thomas J. McAvoy
Senior U.S. District Judge
U.S. District Court
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

           *Re:*    *NRA v. Cuomo, et al.*, No. 18 Civ. 0566 (TJM)(CFH)

Dear Judge McAvoy:

        We represent defendant Maria T. Vullo in the above-entitled action and write to seek until June 23, 2020 for Ms. Vullo to file a single joint brief, of no more than 35-pages, to both appeal Judge Hummel's June 1, 2020 grant of Plaintiff's motion to amend (Dkt. 202) and move to dismiss Plaintiff's Second Amended Complaint, filed June 2, 2020 (Dkt. 203). We believe a single joint brief with an expanded page limit will be a more efficient means to present these issues to the Court and the eight-day extension of time is needed given the importance of these issues and the press of other matters. The NRA **consents** to this request as does the Attorney General, which seeks the same June 23, 2020 deadline on behalf of Defendants DFS and Cuomo.

        Thank you for your consideration of this matter.

                Respectfully submitted,

                /s/

                Debra L. Greenberger

c.       All Counsel of Record, *By ECF*