UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, <br><br> Defendants. | 18-cv-00566 (TJM/CFH) <br><br> **NOTICE OF APPEAL OF THE GRANT OF PLAINTIFF'S MOTION TO AMEND AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 12(b)(6) and 72(a) and upon the accompanying memorandum of law and all prior papers and proceedings in this matter, Defendant Maria T. Vullo, by and through her attorneys, Emery Celli Brinckerhoff & Abady LLP, on July 24, 2020 at 10:00 A.M., at the United States Courthouse for the Northern District of New York, located at 15 Henry Street, Room 441, Binghamton, New York, will appeal, pursuant to Rule 72(a), the magistrate judge's grant of Plaintiff's motion to amend its complaint at Docket No. 202 and will move this Court, pursuant to Rule 12(b)(6), to dismiss Plaintiff's Second Amended Complaint as against Defendant Vullo, together with such other or further relief as may be just.

**PLEASE TAKE FURTHER NOTICE** that, answering papers, if any, shall be filed in accordance with Local Rule 7.1 or pursuant to order of the Court.

Dated: June 23, 2020
      New York, New York

                                  EMERY CELLI BRINCKERHOFF
                                  & ABADY LLP

                                  By:   /s/
                                       Andrew G. Celli, Jr.
                                       Debra Greenberger
                                       600 Fifth Ave., 10th Floor
                                       New York, NY 10020
                                       (212) 763-5000

TO:     William A. Brewer III
         Sarah B. Rogers
         BREWER, ATTORNEYS & COUNSELORS
         750 Lexington Avenue, 14th Floor
         New York, New York 10022

         William A. Scott
         Assistant Attorney General
         New York State Attorney General's Office
         Albany Office, The Capitol
         Albany, New York 12224