

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer Direct:  518-776-2255

July 1, 2020

Honorable Christian F. Hummel  
United States District Court  
Northern District of New York  
James T. Foley U.S. Courthouse  
445 Broadway, Room 441  
Albany, NY 12207

Re:   *NRA v. Cuomo, et al*  
         Northern District of New York  
         18-CV-566 (TJM)(CFH)

Dear Judge Hummel:

I write to request an extension of time for Defendants DFS and Governor Cuomo to file objections to the Report and Recommendation No. 1 of the Special Master, dated June 11, 2020. At the present time, objections are due on July 8, 2020. Defendants request an extension of time until July 31, 2020.

The Defendants reached out to Plaintiff's counsel, who agreed to an extension of time until July 15, 2020. Defendants respectfully submit, however, that an extension until the end of July is necessary to allow Defendants' attorneys to confer with their clients and prepare complete objections while continuing to make progress on the other issues in this action. As the Court may be aware, due to the current health crisis affecting access to mail, these Defendants did not receive a copy of the Special Master's Report and Recommendation in the week it was issued. The Defendants will need to review and address the specific redactions proposed by the Special Master to properly respond to the Report and Recommendation.

The Court's consideration of this request is appreciated.

July 1, 2020
Page 2

        Respectfully yours,

        s/ William A. Scott

        William A. Scott
        Assistant Attorney General
        Bar Roll No. 512434
        William.Scott@ag.ny.gov