# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

May 11, 2020

*Via email only*
*Confidential and Filed Under Seal*

Hon. Christian Hummel
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

      Re:   *Special Master Request for Payment of Fees* (1:18-cv-566)

Dear Your Honor:

    Enclosed for your review is an invoice for services rendered through April 30, 2020 in the above-captioned matter which is being submitted to you under seal per the Court's instruction.

    If you have any questions or concerns, please do not hesitate to contact me.

                              Respectfully submitted,

                              **CAPEZZA HILL, LLP**

By:        _____
                                  Benjamin W. Hill

Encs.

**Capezza Hill, LLP**
30 South Pearl Street
P-110
Albany, NY 12207
United States
518-478-6065



**Hon. Christian Hummel**

| | |
|---|---|
| **Balance** | $27,894.75 |
| **Invoice #** | 00084 |
| **Invoice Date** | May 1, 2020 |
| **Payment Terms** | Net 15 |
| **Due Date** | May 16, 2020 |

**Special Master NRA v. Cuomo et al.**

For services rendered between
April 01, 2020 and April 30, 2020

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 04/03/2020 | BH | Email | Emails w/ chambers re conf. | $325.00 | 0.1 | $32.50 |
| 04/03/2020 | BH | Review/Analysis | Review docket re status | $325.00 | 0.1 | $32.50 |
| 04/06/2020 | BH | Review/Analysis | Review and analysis of McAvoy order on appeal of Hummel discovery order. | $325.00 | 1.0 | $325.00 |
| 04/06/2020 | BH | Prepare | Prep for conf w/ Judge Hummel. | $325.00 | 0.5 | $162.50 |
| 04/06/2020 | BH | Phone Call | Phone call w/ chambers re status update. | $325.00 | 0.4 | $130.00 |
| 04/06/2020 | BH | Email | Emails w/ chambers re decision. | $325.00 | 0.1 | $32.50 |
| 04/06/2020 | BH | Research | Research on privileges and memo re same; outline. | $325.00 | 3.0 | $975.00 |
| 04/07/2020 | BH | Research | Research and analysis of atty-client and DP privileges. | $325.00 | 3.5 | $1,137.50 |
| 04/07/2020 | BH | Research | Research and review caselaw; party submissions; correspondence on docket; outline. | $325.00 | 2.6 | $845.00 |
| 04/08/2020 | BH | Research | Research and Draft outline for RR | $325.00 | 1.7 | $552.50 |
| 04/08/2020 | BH | Email | Emails w/ Nicole re transcript. | $325.00 | 0.1 | $32.50 |
| 04/08/2020 | BH | Email | Emails w/ Tara re transcript | $325.00 | 0.1 | $32.50 |
| 04/08/2020 | BH | Phone Call | Phone call w/ Theresa casal re transcript. | $325.00 | 0.1 | $32.50 |
| 04/08/2020 | BH | Draft | Draft outline and review log; memo re participants. | $325.00 | 1.8 | $585.00 |
| 04/10/2020 | BH | Review/Analysis | Review press release docs; update memo | $325.00 | 2.4 | $780.00 |
| 04/10/2020 | BH | Review/Analysis | Review transcript from March 5 proceeding. | $325.00 | 0.2 | $65.00 |
| 04/10/2020 | BH | Review/Analysis | Review privilege logs; update same; draft outline. | $325.00 | 4.0 | $1,300.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 04/11/2020 | BH | Research | Research caselaw | $325.00 | 1.5 | $487.50 |
| 04/13/2020 | BH | Review/Analysis | Review docket; letter motions; text minutes from conf. | $325.00 | 0.2 | $65.00 |
| 04/13/2020 | BH | Research and Draft | Draft report recommendation; research. | $325.00 | 4.9 | $1,592.50 |
| 04/14/2020 | BH | Research and Draft | Research and draft report rec | $325.00 | 2.2 | $715.00 |
| 04/15/2020 | BH | Research and Draft | Research and draft report rec | $325.00 | 3.0 | $975.00 |
| 04/16/2020 | BH | Research and Draft | Draft report rec | $325.00 | 3.0 | $975.00 |
| 04/17/2020 | BH | Review | Review docket. | $325.00 | 0.1 | $32.50 |
| 04/17/2020 | BH | Research | Research caselaw. | $325.00 | 1.5 | $487.50 |
| 04/17/2020 | BH | Research and Draft | Research and draft report rec. | $325.00 | 1.0 | $325.00 |
| 04/18/2020 | BH | Research and Draft | Research and draft report rec. | $325.00 | 3.5 | $1,137.50 |
| 04/21/2020 | BH | Research | Research review caselaw and update memos re same. | $325.00 | 2.0 | $650.00 |
| 04/21/2020 | BH | Review/Analysis | Update spreadsheet; redactions to Chambers Docs. | $325.00 | 2.0 | $650.00 |
| 04/21/2020 | BH | Review/Analysis | Review and anlaysis of caselaw. | $325.00 | 0.7 | $227.50 |
| 04/22/2020 | BH | Review | Review motion docs and affs | $325.00 | 1.0 | $325.00 |
| 04/22/2020 | BH | Draft | Draft redacted chamber docs and spreadsheet | $325.00 | 2.2 | $715.00 |
| 04/23/2020 | BH | Review/Analysis | Redactions and update spreadsheet for Chamber docs. | $325.00 | 1.7 | $552.50 |
| 04/24/2020 | BH | Review/Analysis | Redact and review docs; update spreadsheet. | $325.00 | 5.3 | $1,722.50 |
| 04/26/2020 | BH | Draft | Draft and research report recommendation. | $325.00 | 5.0 | $1,625.00 |
| 04/27/2020 | BH | Research and Draft | Draft and research report rec. | $325.00 | 7.5 | $2,437.50 |
| 04/27/2020 | BH | Review/Analysis | Review and redact documents. | $325.00 | 1.5 | $487.50 |
| 04/28/2020 | BH | Draft | Draft report rec; update spreadsheet | $325.00 | 3.6 | $1,170.00 |
| 04/28/2020 | BH | Draft | Draft and research report rec; redact docs; update spreadsheets | $325.00 | 3.3 | $1,072.50 |
| 04/29/2020 | BH | Draft | Draft report rec and redactions. | $325.00 | 7.3 | $2,372.50 |
| | | | | Totals: | **85.7** | **$27,852.50** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 04/06/2020 | BH | Copies | Excel spreadsheet pages | $0.25 | 40.0 | $10.00 |
| 04/10/2020 | BH | Copies | Copies of transcript 3.5.20 conf. | $0.25 | 13.0 | $3.25 |
| 04/10/2020 | BH | Copies | Excel priv log | $0.25 | 116.0 | $29.00 |
| | | | | | Expense Total: | **$42.25** |

| | |
|---|---:|
| Time Entry Sub-Total: | $27,852.50 |
| Expense Sub-Total: | $42.25 |
| **Sub-Total:** | $27,894.75 |
| **Total:** | $27,894.75 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$27,894.75** |