**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

NATIONAL RIFLE ASSOCIATION OF
AMERICA,

                                Plaintiff,

      v.                                        No. 1:18-CV-566

ANDREW CUOMO; MARIA T. VULLO;
THE NEW YORK STATE DEPARTMENT
OF FINANCIAL SERVICES,

                              Defendants.
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Brewer Attorneys & Counselors | SARAH ROGERS, ESQ. |
| 750 Lexington Avenue, Floor 14 | WILLIAM A. BREWER, III. ESQ. |
| New York, New York, 10022 | |
| Attorneys for plaintiff | |
| | |
| Stanton LLP | JOHN C. CANONI, ESQ. |
| 1717 Main Street | |
| Suite 3800 | |
| Dallas, Texas 75201 | |
| Attorneys for plaintiff | |
| | |
| Office of the Attorney General | ADRIENNE J. KERWIN, ESQ. |
| State of New York | WILLIAM A. SCOTT, ESQ. |
| The Capitol | HELENA O. PEDERSON, ESQ. |
| Albany, New York 12224 | MICHAEL G. MCCARTIN, ESQ. |
| Attorneys for defendant Andrew | |
| Cuomo, Maria T. Vullo, the New | |
| York State Dep't of Fin. Serv. | |
| | |
| Emily Celli Brinckerhoof & Abady LLO | DEBRA L. GREENBERGER, ESQ. |
| 600 Fifth Avenue, 10th Floor | ELIZABETH S. SAYLOR, ESQ. |
| New York, New York 10020 | |
| Attorneys for defendant Maria T. Vullo | |
| | |
| New York State Dep't of Fin. Serv. | NATHANIEL J. DORFMAN, ESQ. |
| One State Street | |

New York, New York 10004-1511
Attorneys for defendant New York
State Dep't of Fin. Serv.

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER

On July 14, 2020, defendants Cuomo and the New York State Department of

Financial Services filed a letter motion seeking, among other things, a stay of discovery,

see Dkt. No. 221, and defendant Vullo separately filed letter motion seeking a stay of

discovery.  See Dkt. No. 222.  The Court issued a Text Order scheduling a discovery

conference for July 20, 2020.  See Dkt. No. 223.  On July 17, 2020, plaintiff filed a

response to defendants' July 14, 2020 letter motions.  See Dkt. No. 225.

A telephone conference was conducted on the record with counsel for all parties

present on July 20, 2020.  See Text Min. Entry dated July 20, 2020.  The Court directed

the parties to file additional letter briefs regarding the request for a stay of discovery.

See id.  On July 21, 2020, defendants Cuomo and the New York State Department of

Financial Services filed a letter motion in support of their request for a stay of discovery,

see Dkt. No. 226, and defendant Vullo separately filed a letter motion in support of her

request for a stay of discovery.  See Dkt. No. 228.  Plaintiff filed a letter brief in

opposition to defendants' motions.  See Dkt. No. 227.

Based upon the Court's review of all of the submissions by the parties and the

entirety of the docket, it is hereby

**ORDERED** that:

1. Defendants' request for a stay of discovery between the parties (Dkt. Nos. 221,

   222, 226, and 228), is **GRANTED** to the extent that such discovery is stayed until

September 30, 2020.  The Court will schedule a telephone conference at that time to address the issue of discovery between the parties.

2.  The parties are directed to file any objections to the Special Master's First Report *in camera* by August 17, 2020.

3.  The parties are directed to file any objections to the Special Master's Second Report *in camera* by September 14, 2020.

4.  The Court continues to be concerned about the pace of this litigation and the extraordinary legal and other expenses being incurred by each of the parties. The Court strongly urges the parties to see if this matter may be resolved by way of settlement.  The Court is available at any time to assist the parties in such efforts.

**IT IS SO ORDERED.**

Dated: July 28, 2020
       Albany, New York

Christian F. Hummel
U.S. Magistrate Judge