# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

July 15, 2020

*Via email only*
*Confidential and Filed Under Seal*

Hon. Christian Hummel
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

      Re:   *Special Master Request for Payment of Fees* (1:18-cv-566)

Dear Your Honor:

    Enclosed for your review is an invoice for services rendered through July 15, 2020 in the above-referenced matter which is being submitted to you under seal per the Court's instruction.

    If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

**CAPEZZA HILL, LLP**

By: _____
Benjamin W. Hill

Encs.

**Capezza Hill, LLP**
30 South Pearl Street
P-110
Albany, NY 12207
United States
518-478-6065



**Hon. Christian Hummel**

| | |
|---|---|
| **Balance** | $50,896.50 |
| **Invoice #** | 00129 |
| **Invoice Date** | July 15, 2020 |
| **Payment Terms** | |
| **Due Date** | |

## Special Master NRA v. Cuomo et al.

For services rendered between
May 01, 2020 and July 15, 2020

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 05/01/2020 | BH | Email | Emails w/ court re status. | $325.00 | 0.1 | $32.50 |
| 05/01/2020 | BH | Review | Draft and edit report recommendation. | $325.00 | 6.0 | $1,950.00 |
| 05/02/2020 | BH | Edit | Edit report recommendation | $325.00 | 1.5 | $487.50 |
| 05/03/2020 | BH | Edit | Edit report rec | $325.00 | 2.0 | $650.00 |
| 05/04/2020 | BH | Edit | Edit report recommendation | $325.00 | 4.5 | $1,462.50 |
| 05/04/2020 | BH | Review | Edit and review draft report rec. | $325.00 | 2.5 | $812.50 |
| 05/04/2020 | BH | Phone Call | Call w/ Nicole at chambers. | $325.00 | 0.2 | $65.00 |
| 05/04/2020 | BH | Edit | Edit and review report rec and spreadsheets | $325.00 | 2.0 | $650.00 |
| 05/05/2020 | BH | Edit | Review and edit report rec | $325.00 | 2.0 | $650.00 |
| 05/05/2020 | BH | Edit | Edit and review report rec and spreadsheets, redactions. | $325.00 | 5.5 | $1,787.50 |
| 05/06/2020 | BH | Review | Edit, revise report recommendation, spreadsheets, docs. | $325.00 | 10.5 | $3,412.50 |
| 05/08/2020 | BH | Phone Call | Emails w/ chambers and letter to judge. | $325.00 | 0.2 | $65.00 |
| 05/08/2020 | BH | Review | Review motion for reconsideration | $325.00 | 0.3 | $97.50 |
| 05/13/2020 | BH | Research and Draft | Research and draft Report Rec 2. | $325.00 | 3.5 | $1,137.50 |
| 05/15/2020 | BH | Research | Research law enforcement privilege; memo re same. | $325.00 | 4.0 | $1,300.00 |
| 05/15/2020 | BH | Research | Research law enforcement privilege and review submissions. | $325.00 | 1.6 | $520.00 |
| 05/18/2020 | BH | Phone Call | Phone call w/ Maurice Court I.T. re files. | $325.00 | 0.3 | $97.50 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/18/2020 | BH | Research and Draft | Research and draft second report-rec. | $325.00 | 2.5 | $812.50 |
| 05/19/2020 | BH | Research and Draft | Research and draft second report-rec. | $325.00 | 3.0 | $975.00 |
| 05/19/2020 | BH | Email | Emails w/ chambers re status. | $325.00 | 0.1 | $32.50 |
| 05/20/2020 | BH | Research and Draft | Research and draft second report-rec. | $325.00 | 5.7 | $1,852.50 |
| 05/26/2020 | BH | Review/Analysis | Reivew P's opposition to motion for reconsideration. | $325.00 | 0.4 | $130.00 |
| 05/28/2020 | BH | Research and Draft | Draft report-rec; update spreadsheet; review docs. | $325.00 | 4.0 | $1,300.00 |
| 05/29/2020 | BH | Draft | Draft second report-rec; update spreadsheet. | $325.00 | 3.4 | $1,105.00 |
| 05/30/2020 | BH | Research and Draft | Draft second report-rec; update spreadsheet. | $325.00 | 2.2 | $715.00 |
| 06/01/2020 | BH | Review/Analysis | Review and analysis of order on motion to amend. | $325.00 | 0.7 | $227.50 |
| 06/01/2020 | BH | Review/Analysis | Review spreadsheet and docs | $325.00 | 0.5 | $162.50 |
| 06/02/2020 | BH | Research and Draft | Research and draft second report recommendation | $325.00 | 1.5 | $487.50 |
| 06/05/2020 | BH | Research and Draft | Research and draft second report rec; update spreadsheet. | $325.00 | 2.0 | $650.00 |
| 06/06/2020 | BH | Review/Analysis | Review DFS docs; update spreadsheet and draft second report-recommendation. | $325.00 | 3.6 | $1,170.00 |
| 06/06/2020 | BH | Review/Analysis | Review SAC. | $325.00 | 0.4 | $130.00 |
| 06/06/2020 | BH | Review | Review letter motion from Brewer re letters rogatory. | $325.00 | 0.1 | $32.50 |
| 06/06/2020 | BH | Review/Analysis | Review DFS docs and spreadsheet; draft second report--rec. | $325.00 | 1.5 | $487.50 |
| 06/08/2020 | BH | Email | Emails w/ chambers re call. | $325.00 | 0.2 | $65.00 |
| 06/08/2020 | BH | Review/Analysis | Review DFS docs; spreadsheet update. Draft second report rec | $325.00 | 3.0 | $975.00 |
| 06/08/2020 | BH | Research | Research re law enforcement privilege/settlement negotiations. | $325.00 | 1.0 | $325.00 |
| 06/09/2020 | BH | Review/Analysis | Review DFS docs; update and edit spreadsheet. | $325.00 | 2.3 | $747.50 |
| 06/09/2020 | BH | Email | Review and respond to emails w/ chambers re RR. | $325.00 | 0.2 | $65.00 |
| 06/10/2020 | BH | Review/Analysis | Review emails from Nicole at Chambers; review draft order | $325.00 | 0.4 | $130.00 |
| 06/10/2020 | BH | Edit | Edit and review first RR | $325.00 | 1.0 | $325.00 |
| 06/10/2020 | BH | Email | Emails w/ chambers re call. | $325.00 | 0.1 | $32.50 |
| 06/11/2020 | BH | Conference Call | Prep for and call w/ chambers. | $325.00 | 1.0 | $325.00 |
| 06/11/2020 | BH | Phone Call | Phone calls w/ IT at Court, review final docs; emails w/ Nicole and IT. | $325.00 | 1.0 | $325.00 |
| 06/15/2020 | BH | Email | Emails w/ nicole and Maurice Court I.T. | $325.00 | 0.1 | $32.50 |
| 06/16/2020 | BH | Email | Emails w/ Nicole; phone calls w/ I.T. | $325.00 | 0.3 | $97.50 |
| 06/16/2020 | BH | Review/Analysis | Review docs; update spreadsheet. | $325.00 | 2.0 | $650.00 |
| 06/17/2020 | BH | Research and Draft | Draft second report rec; update spreadsheet. | $325.00 | 1.7 | $552.50 |
| 06/17/2020 | BH | Review | Review and prepare USBs, emails w/ chambers, conf w/ Court. | $325.00 | 1.5 | $487.50 |
| 06/17/2020 | BH | Review | Review and draft second rr. | $325.00 | 1.5 | $487.50 |

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 06/22/2020 | BH | Research and Draft | Draft and edit second report-recommendation. | $325.00 | 5.5 | $1,787.50 |
| 06/22/2020 | BH | Edit | Edit second report rec | $325.00 | 1.0 | $325.00 |
| 06/23/2020 | BH | Edit | Edit and draft second report rec. | $325.00 | 4.0 | $1,300.00 |
| 06/24/2020 | BH | Draft | Second report rec; edit and review spreadsheet. | $325.00 | 6.0 | $1,950.00 |
| 06/25/2020 | BH | Phone Call | phone call w/ tara at Chambers. | $325.00 | 0.2 | $65.00 |
| 06/25/2020 | BH | Email | Emails w/ chambers | $325.00 | 0.2 | $65.00 |
| 06/25/2020 | BH | Email | Emails w/ Tara at Chambers. | $325.00 | 0.1 | $32.50 |
| 06/25/2020 | BH | Research and Draft | Research and draft second report rec. | $325.00 | 7.0 | $2,275.00 |
| 06/26/2020 | BH | Edit | Review and edit spreadsheet | $325.00 | 1.0 | $325.00 |
| 06/26/2020 | BH | Email | Emails w/ tara. | $325.00 | 0.1 | $32.50 |
| 06/26/2020 | BH | Edit | Review and edit DFS spreadsheet | $325.00 | 3.0 | $975.00 |
| 06/26/2020 | BH | Review/Analysis | Review and analysis of sealed SAC and exhibits; review notes. | $325.00 | 1.0 | $325.00 |
| 06/29/2020 | BH | Research and Draft | Research and draft second report-rec. | $325.00 | 3.2 | $1,040.00 |
| 06/30/2020 | BH | Research and Draft | Research and draft second report-recommendation | $325.00 | 5.0 | $1,625.00 |
| 06/30/2020 | BH | Review/Analysis | Review and analysis of MTDs the SAC. | $325.00 | 1.5 | $487.50 |
| 07/07/2020 | BH | Review/Analysis | Review and edit spreadsheet. | $325.00 | 3.0 | $975.00 |
| 07/07/2020 | BH | Research | Memo re attorney notes. | $325.00 | 0.5 | $162.50 |
| 07/07/2020 | BH | Review/Analysis | Review docket. | $325.00 | 0.1 | $32.50 |
| 07/08/2020 | BH | Edit | Edit and review second report rec. | $325.00 | 6.5 | $2,112.50 |
| 07/10/2020 | BH | Edit | Edit and review second report recommendation. | $325.00 | 5.7 | $1,852.50 |
| 07/10/2020 | BH | Edit | Edit second report-recommendation. | $325.00 | 0.2 | $65.00 |
| 07/13/2020 | BH | Edit | Review and edit RR, spreadsheet, redacted docs; email w/ chambers. | $325.00 | 5.0 | $1,625.00 |
| 07/13/2020 | BH | Review/Analysis | Review McAvoy order on Preliminary Injunction | $325.00 | 0.7 | $227.50 |
| | | | | Totals: | **156.1** | **$50,732.50** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 05/06/2020 | BH | Copies | Copies of draft rep rec and spreadsheets | $0.25 | 268.0 | $67.00 |
| 06/25/2020 | BH | Copies | Spreadsheet for review | $0.25 | 388.0 | $97.00 |
| | | | | Expense Total: | | **$164.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $50,732.50 |
| Expense Sub-Total: | $164.00 |
| **Sub-Total:** | $50,896.50 |
| **Total:** | $50,896.50 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$50,896.50** |