# **EXHIBIT 21**

| | |
|---|---|
| **From:** | Dunne, Carey <DunneC@dany.nyc.gov> |
| **Sent:** | Wednesday, September 13, 2017 2:17 PM |
| **To:** | 'Eric Tirschwell' <etirschwell@everytown.org> |
| **Subject:** | FW: Everytown/NRA Insurance Issue |

Eric- the below email reflects the exchange that Mike Sachs of my office had with Matt Levine today. Am I right to assume it's ok to send Matt the Everytown materials you provided to us? If yes, I'll scan and forward them to Matt, unless you want to provide me with an updated setl for me to email to him. I'll keep posted and let you know if and when he wants to meet. Carey

**From:** Sachs, Michael
**Sent:** Wednesday, September 13, 2017 11:02 AM
**To:** Dunne, Carey <DunneC@dany.nyc.gov>
**Cc:** Friedman-Agnifilo, Karen <friedmanagnifilok@dany.nyc.gov>
**Subject:** RE: Everytown/NRA Insurance

I spoke with Matt Levine - in his previous life working for Janet Reno and in another job, he was a gun control advocate. He is interested in learning more but, would not, of course, commit the superintendent. I told him we will get him copies of the information that Eric Tirschwell shared with us. He said he would review, speak with his insurance regulators, and then, most likely schedule a meeting with us and Eric. All of which I think is positive. Matt will be in our meeting today with the Superintendent and GCA.

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.