# **EXHIBIT 22**

| | |
|---|---|
| From: | Redacted- Personal Information |
| Sent: | Monday, December 4, 2017 1:27 AM |
| To: | Eric Tirschwell <etirschwell@everytown.org> |
| Cc: | Aimee Tavares <atavares@everytown.org> |
| Subject: | Re: File Claim Response |

I spoke to 'Bob' at the insurance commissioners office on Thursday. It was a short conversation. I did ask about keeping my name out as we discussed, he said he "would make a note but it is a matter of public record." We knew that. He did receive the attachments & wanted to know if I wrote the letter. He said he had already sent out a letter to the NRA and Locktin Affinity. I received a letter as well. (See attachment)
Time will tell now.

CONFIDENTIAL

EVTWN0000200