# **EXHIBIT 24**

| | |
|---|---|
| From: | Levine, Matthew (DFS) |
| Sent: | Monday, August 06, 2018 11:30 AM |
| To: | Eric Tirschwell |
| Subject: | Free for a short call? |

_____

**Matthew L. Levine**
Executive Deputy Superintendent -- Enforcement

**New York State Department of Financial Services**
One State Street Plaza
Executive Division, 19th Floor
New York, NY 10004-1511
212-709-5461 **matthew.levine@dfs.ny.gov**

www.dfs.ny.gov