UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>      Plaintiff,<br><br> -against-<br><br>ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>      Defendants. | 18-cv-00566 (TJM/CFH)<br><br>**NOTICE OF APPEAL** |

   **PLEASE TAKE NOTICE** that Defendant Maria T. Vullo appeals to the United States Court of Appeals for the Second Circuit from that portion of the Opinion and Order of the District Court for the Northern District of New York, decided and entered on March 15, 2021 (Dkt. No. 322), that denied Ms. Vullo's motion to dismiss the claims against her on qualified immunity grounds.

Dated: March 22, 2021
    New York, New York

                 EMERY CELLI BRINCKERHOFF ABADY
                 WARD & MAAZEL LLP

                 By: /s/
                    Andrew G. Celli, Jr.
                    Debra Greenberger
                    Marissa R. Benavides
                    600 Fifth Ave., 10th Floor
                    New York, NY 10020
                    (212) 763-5000

TO: William A. Brewer III
    Sarah B. Rogers

BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022

William A. Scott
Assistant Attorney General
New York State Attorney General's Office
Albany Office, The Capitol
Albany, New York 12224