IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,**<br><br>       **Defendants.** | NO. 18-CV-00566-TJM-CFH |

**DECLARATION OF SARAH B. ROGERS IN SUPPORT OF
THE NATIONAL RIFLE ASSOCIATION OF AMERICA'S
<u>MOTION FOR ISSUANCE OF LETTERS OF REQUEST</u>**

I, Sarah B. Rogers, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm Brewer, Attorneys & Counselors, counsel to Plaintiff National Rifle Association of America (the "NRA"). I submit this declaration in support of the NRA's Renewed Motion for Issuance of a Letter of Request.

2. Attached as **Exhibit A** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on the Corporation of Lloyd's, with attachments.

3. Attached as **Exhibit B** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on AmTrust Syndicates Limited, with attachments.

1

4. Attached as **Exhibit C** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Argo Managing Agency Limited, with attachments.

5. Attached as **Exhibit D** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Atrium Underwriters Limited, with attachments.

6. Attached as **Exhibit E** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Brit Syndicates Limited, with attachments.

7. Attached as **Exhibit F** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Canopius Managing Agents, with attachments.

8. Attached as **Exhibit G** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Chaucer Syndicates Limited, with attachments.

9. Attached as **Exhibit H** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Liberty Managing Agency Limited, with attachments.

10. Attached as **Exhibit I** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on S.A. Meacock & Company Limited, with attachments.

11. Attached as **Exhibit J** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Tokio Marine Kiln Syndicates Limited, with attachments.

12. Attached as **Exhibit K** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Dame Inga Beale, with attachments.

13. Attached as **Exhibit L** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Charles Franks, with attachments.

14. Attached as **Exhibit M** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Jon Hancock, with attachments.

15. Attached as **Exhibit N** is a true and correct copy of the NRA's proposed Request for International Judicial Assistance by the United States District Court for the Northern District of New York to be served on Mark Cloutier, with attachments.

16. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2021

*/s/ Sarah B. Rogers*
Sarah B. Rogers