UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NATIONAL RIFLE ASSOCIATION OF
AMERICA,

                    Plaintiff,

          -against-

ANDREW CUOMO, individually, and MARIA T.
VULLO, individually,

                    Defendants.

18-cv-00566 (TJM/CFH)


**NOTICE OF DEFENDANT
MARIA T. VULLO'S MOTION
TO STAY DISCOVERY
PENDING APPEAL**


          **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 26

and upon the accompanying memorandum of law and all prior papers and proceedings in this

matter, Defendant Maria T. Vullo, by and through her attorneys, Emery Celli Brinckerhoff

Abady Ward & Maazel LLP, on May 20, 2021 at 9:30 A.M., at the United States Courthouse for

the Northern District of New York, located at the James T. Foley U.S. Courthouse, Suite 509,

445 Broadway, Albany, NY 12207, will move this Court, pursuant to Rule 26(c)(1), for a

protective order staying all discovery in this case, together with such other or further relief as

may be just.  A court conference regarding the issues being presented in this motion was held

before Magistrate Judge Christian F. Hummel on March 26, 2021 pursuant to Local Rule

7.1(b)(2).

          **PLEASE TAKE FURTHER NOTICE** that, answering papers, if any, shall be

filed on or before May 7, 2021 pursuant to the Court's March 30, 2021 Order, *see* Dkt. 330, and

shall otherwise be filed in accordance with Local Rule 7.1.

Dated: April 9, 2021
      New York, New York

                         EMERY CELLI BRINCKERHOFF ABADY
                         WARD & MAAZEL LLP


                         By:   /s/
                            Andrew G. Celli, Jr.
                            Debra Greenberger
                            Marissa R. Benavides
                            600 Fifth Ave., 10th Floor
                            New York, NY 10020
                            (212) 763-5000


TO:    William A. Brewer III
        Sarah B. Rogers
        BREWER, ATTORNEYS & COUNSELORS
        750 Lexington Avenue, 14th Floor
        New York, New York 10022

        William A. Scott
        Assistant Attorney General
        New York State Attorney General's Office
        Albany Office, The Capitol
        Albany, New York 12224