**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

NATIONAL RIFLE ASSOCIATION OF
AMERICA,

                                            Plaintiff,

    v.                                               1:18-CV-566
                                                       (TJM/CFH)

ANDREW CUOMO, et al.,

                                            Defendants.

---

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| Brewer Attorneys & Counselors<br>750 Lexington Avenue, Floor 14<br>New York, New York 10022<br>Attorneys for plaintiff | MORDECHAI GEISLER, ESQ.<br>MICHELLE MARTIN, ESQ. |
| Office of Attorney General<br>State of New York<br>The Capitol<br>Albany, New York 12224<br>Attorneys for defendant Andrew<br>Cuomo | WILLIAM A. SCOTT, ESQ. |
| Emery Celli Brinckerhoof & Abady, Ward &<br>Maazel, LLP<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>Attorneys for defendant Maria T. Vullo | DEBRA L. GREENBERGER, ESQ<br>ANDREW G. CELLI, ESQ. |

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER

On November 15, 2020, defendant Vullo filed a motion to compel plaintiff to

provide further responses to interrogatories. Dkt. No. 293. Defendant Vullo seeks supplemental responses to interrogatory number two in her first set of interrogatories, dkt. no. 293-2, and supplemental responses to her second set of interrogatories, dkt. no. 293-6. Plaintiff filed a response in opposition. Dkt. No. 307.

On April 26, 2021, the Court conduct an on-the-record conference with counsel for all parties. Dkt. Entry. dated Apr. 26, 2021. The transcript of that proceeding is annexed to this Order. Dkt. No. 348. As directed during that conference, it is hereby

**ORDERED**, that Defendant Vullo's motion to compel (dkt. no. 293) is **GRANTED**. Plaintiff shall serve supplemental interrogatory responses as directed by the Court by May 26, 2021.

**IT IS SO ORDERED**.

Dated: April 28, 2021
Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge