IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br>            Plaintiff,<br>v.<br>ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br>            Defendants. | CIVIL CASE NO. 18-CV-00566-TJM-CFH |

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1(b) of the United States District Courts for the Northern District of New York, I, Mordecai Geisler, an attorney with the law firm of Brewer, Attorneys & Counselors, attorney for Plaintiff National Rifle Association of America in the above-entitled action, hereby withdraw as an attorney of record, as I am leaving Brewer, Attorney & Counselors. William A. Brewer III and Sarah B. Rogers will continue to serve as counsel of record to Plaintiff in the above-referenced matter. I hereby request that my name and email address be removed from the case's official docket.

Dated:  January 31, 2022                                Respectfully submitted,

By:   */s/ Mordecai Geisler*

Mordecai Geisler
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone:  (212) 489-1400
Facsimile:  (212) 751-2849

**ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA**