# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

espiro@maglaw.com
(212) 880-9460

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 2, 2023

**BY ECF**

Honorable Christian F. Hummel
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

> Re: *NRA v. Cuomo, et al.*, No. 18-cv-00566 (TJM)(CFH))

Dear Judge Hummel:

     I write with respect to the Court's text order entered on March 2, 2023, directing counsel for defendant Andrew Cuomo to file a letter with the Court advising whether Mr. Cuomo consents to the proposed sealing of documents to be filed in connection with Plaintiff's Motion to Lift Stay and to Compel Discovery, Dkt. No. 377. Mr. Cuomo consents to Plaintiff filing the documents at issue under seal.

Respectfully yours,

*/s/ Edward M. Spiro*

Edward M. Spiro

cc: All counsel (by ECF)