U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Mar 03 - 2023
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL CASE NO. 18-CV-00566-TJM-CFH |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Upon consideration of Plaintiff's Motion for Leave to File Under Seal, the Court finds that the motion is **GRANTED**. In support, this Court finds as follows:

1. This Court has held that the Reports and Recommendations of the Special Master are "to be considered CONFIDENTIAL unless and until the Court otherwise orders and may not be shared or distributed beyond the parties and counsel."[1]

2. The NRA now brings a Motion to Lift Stay and Compel Discovery.

3. In its Memorandum of Law in support of the Motion, the NRA cites and describes in general terms the Special Master's Reports and Recommendations, on pages 15-18 and footnote 8. It also attaches those as Exhibits C and D to its Motion.

---

[1] ECF No. 207; ECF No. 229 (emphasis in original).

IT IS THEREFORE ORDERED THAT Plaintiff is permitted to file under seal the following documents:

1. Portions of the Plaintiff's Memorandum of Law in Support of Its Motion to Lift Stay and Compel Discovery;

2. Plaintiff's Exhibit C to its Motion to Lift Stay; and

3. Plaintiff's Exhibit D to its Motion to Lift Stay.

**IT IS SO ORDERED**.

Dated: __March 3rd__, 2023

Christian F. Hummel
U.S. Magistrate Judge