UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>Defendants. | No. 18-cv-566 (TJM)(CFH) |

## JOINT STATUS REPORT

Plaintiff National Rifle Association of America ("NRA") and Defendant Andrew M. Cuomo, by and through their respective undersigned counsel, hereby submit this Joint Status Report in accordance with the Court's November 6, 2023 text order.  At the Court's request, this Joint Status Report sets forth the status of *National Rifle Association of America v. Vullo*, No. 22-842, currently pending before the Supreme Court of the United States.

**I.     Briefing**

On January 9, 2024, the NRA filed its petitioner's brief on the merits; that same day, the NRA and respondent Maria T. Vullo ("Vullo") also filed the joint appendix. Vullo's respondent's brief on the merits is due on or before February 20, 2024.  The NRA's reply brief on the merits is due on or before 2 p.m., March 8, 2024.

**II.    Oral Argument**

On January 29, 2024, the Supreme Court scheduled oral argument for March 18, 2024.

Dated: New York, New York
February 2, 2024

Respectfully submitted,

BREWER, ATTORNEYS & COUNSELORS

By: /s/ Noah Peters
    William A. Brewer III
    Sarah B. Rogers
    Noah Peters
750 Lexington Avenue, 14th Floor
New York, New York 10022
Tel. (212) 489-1400
wab@brewerattorneys.com
sbr@brewerattorneys.com
nbp@brewerattorneys.com

*Attorneys for Plaintiff National Rifle Association of America*

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

By: /s/ Edward M. Spiro
    Edward M. Spiro
    Victor Obasaju
565 Fifth Avenue
New York, New York 10017
Tel. (212) 856-9600
espiro@maglaw.com
vobasaju@maglaw.com

*Attorneys for Defendant Andrew M. Cuomo*