UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>                              Plaintiff,<br><br>     -against-<br><br>ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>                              Defendants. | No. 18-cv-566 (TJM)(CFH) |

## JOINT STATUS REPORT

Plaintiff National Rifle Association of America ("NRA") and Defendant Andrew M. Cuomo, by and through their respective undersigned counsel, hereby submit this Joint Status Report in accordance with the Court's February 5, 2024 text order.  At the Court's request, this Joint Status Report sets forth the status of *National Rifle Association of America v. Vullo*, No. 22-842, currently pending before the Supreme Court of the United States.

On March 18, 2024, the Supreme Court heard oral argument from petitioner NRA, respondent Maria T. Vullo, and the United States, as amicus curiae.  The appeal is currently *sub judice.*  The parties to this Joint Status Report anticipate that the Supreme Court will issue its written opinion by the last day of the Court's current term in late June/early July 2024.

Dated: New York, New York
April 1, 2024

Respectfully submitted,

| | |
|---|---|
| BREWER, ATTORNEYS & COUNSELORS | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. |
| By: /s/ Noah Peters<br>    William A. Brewer III<br>    Sarah B. Rogers<br>    Noah Peters<br>750 Lexington Avenue, 14th Floor<br>New York, New York 10022<br>Tel. (212) 489-1400<br>wab@brewerattorneys.com<br>sbr@brewerattorneys.com<br>nbp@brewerattorneys.com<br><br>*Attorneys for Plaintiff National Rifle Association of America* | By: /s/ Edward M. Spiro<br>    Edward M. Spiro<br>    Victor Obasaju<br>565 Fifth Avenue<br>New York, New York 10017<br>Tel. (212) 856-9600<br>espiro@maglaw.com<br>vobasaju@maglaw.com<br><br>*Attorneys for Defendant Andrew M. Cuomo* |