AO 154 (10/03) Substitution of Attorney – Rev. Civil 02/23

# UNITED STATES DISTRICT COURT
## Northern District of New York

National Rifle Association of America

    Plaintiff(s),

V.

Cuomo, et al.

    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Case Number: 18-cv-00566 (AMN)(CFH)

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Maria T. Vullo (Party(s) Name) substitutes Liza M. Velazquez & Gregory F. Laufer (Name of new attorney) as counsel of record in place of Andrew G. Celli, Jr. & Debra L. Greenberger (Name of Attorney(s) withdrawing appearance).

I consent to the above substitution.
Date: June 13, 2024

Maria T. Vullo
Signature of Party(s)

I consent to being substituted.
Date: June 14, 2024

Andrew G. Celli, Jr. & Debra L. Greenberger
Signature of Former Attorney(s)

I consent to the above substitution.
Date: June 13, 2024

Liza M. Velazquez & Gregory F. Laufer
Signature of New Attorney(s)

The substitution of attorney is hereby approved and SO ORDERED.

Date: July 2, 2024

Anne M. Nardacci
U.S. District Judge