UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATIONAL RIFLE ASSOCIATION OF AMERICA,

      Plaintiff,

  v.

ANDREW CUOMO, both individually and in his official capacity; MARIA T. VULLO, both individually and in her official capacity; and THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

      Defendants.

No. 18 Civ. 566 (AMN) (PJE)

---

## NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.2(b) of the United States District Courts for the Northern District of New York, I, Marissa R. Benavides, a partner with the law firm of BraunHagey & Borden LLP, and formerly an attorney at the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), former counsel to Defendant Maria T. Vullo in the above-entitled action, hereby withdraw as an attorney of record.

As grounds therefor: (1) I left ECBAWM's employ on March 17, 2023. (2) On July 2, 2024, Ms. Vullo entered a consent order substituting the law firm of Paul Weiss Rifkind Wharton & Garrison LLP and its attorneys Liza M. Velazquez and Gregory F. Laufer for ECBAWM and its attorneys Andrew G. Celli, Jr., and Debra L. Greenberger as counsel of record to Ms. Vullo in this action. ECF No. 405. Ms. Velazquez and Mr. Laufer will continue to serve as counsel of record to Ms. Vullo. I hereby request that my name and email address be removed from the official docket of this action.

1

| | |
|---|---|
| Dated: September 30, 2025 | Respectfully submitted, |
| | By: */s/ Marissa R. Benavides*<br>Marissa R. Benavides<br>BRAUNHAGEY & BORDEN LLP<br>200 Madison Avenue, 23rd Floor<br>New York, NY 10016<br>Telephone: (646) 829-9403<br>benavides@braunhagey.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above cause via ECF in accordance with the Federal Rules of Civil Procedure and the Local Rules on this 30th day of September, 2025.

                                          */s/ Marissa R. Benavides*
                                          Marissa R. Benavides