# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

espiro@maglaw.com
(212) 880-9460

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

———

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

———

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 7, 2025

**VIA ECF**

The Hon. Anne M. Nardacci
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway, First Floor
Albany, NY 13901

    Re:  *National Rifle Association of America v. Cuomo*, No. 18-CV-566 (AMN) (CFH)

Dear Judge Nardacci:

    I am counsel for Defendant Andrew M. Cuomo. I write with Plaintiff's consent in response to the Court's September 30, 2025 Text Order directing Defendant Cuomo to submit a supplemental memorandum of law to the Court by October 24, 2025 (with Plaintiff's supplemental opposition due by November 14, 2025, and Defendant Cuomo's reply due by November 21, 2025), addressing the Second Circuit's recent opinion concerning Defendant Maria T. Vullo's appeal, *Nat'l Rifle Ass'n of Am. v. Vullo*, 144 F.4th 376 (2d Cir. 2025) ("the Second Circuit Opinion"), and any other relevant authority. Dkt. No. 422.

    Plaintiff's counsel and I have conferred concerning the Text Order. Plaintiff's counsel has advised that Plaintiff will be filing a petition for writ of certiorari seeking Supreme Court review of the Second Circuit Opinion on or before October 15, 2025. In the interest of preserving judicial and party resources, counsel for Plaintiff and I respectfully request that the Court adjourn *sine die* the dates for supplemental memoranda concerning the Second Circuit Opinion pending the Supreme Court's determination whether to grant the certiorari petition.

    Thank you for Your Honor's consideration of this matter.

                              Respectfully,

                              */s/ Edward M. Spiro*

                              Edward M. Spiro

cc: All counsel of record (by ECF)