# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC  20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number:  +1.202.879.7679
ajdick@jonesday.com

January 6, 2026

The Hon. Anne M. Nardacci
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway, First Floor
Albany, NY 13901

      Re:   *National Rifle Association of America v. Cuomo et al.*, Case No. 1:18-cv-0566-AMN-PJE

Dear Judge Nardacci:

    I am counsel for Plaintiff National Rifle Association of America.  I write with the consent of Defendant Andrew Cuomo pursuant to the Court's Order of October 8, 2025, directing the parties to file a status report.  Dkt No. 425.

    Plaintiff National Rifle Association of America filed a petition for a writ of certiorari with the Supreme Court of the United States on October 15, 2025.  *See National Rifle Association of America v. Vullo*, Case No. 25-479 (U.S. Oct. 15, 2025).  Respondent Maria T. Vullo filed her brief in opposition on December 19.  Under Supreme Court Rule 15.5, the parties expect that the Supreme Court will consider the petition at its conference of January 23, 2026.

    The parties propose filing another status report in 90 days, or no later than 14 days after the Supreme Court decides whether to grant certiorari, whichever comes sooner.

    Thank you for Your Honor's consideration of this matter.

Dated:  January 6, 2026          Very truly yours,

                                  */s/ Anthony J. Dick*
                                  Anthony J. Dick

                                  *Counsel for the NRA*

cc: All counsel of record (by ECF)