PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Andrew Gordon**
**Direct Dial:** +1 212 373 3543
**Email:** agordon@paulweiss.com

March 5, 2026

The Hon. Anne M. Nardacci
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:    *National Rifle Association of America* v. *Cuomo et al.*, No. 1:18-cv-0566-AMN-PJE

Dear Judge Nardacci:

We represent Defendant Maria Vullo in the above-captioned action. We write to inform the Court that, on February 23, 2026, the U.S. Supreme Court denied Plaintiff National Rifle Association's ("NRA") petition for a writ of certiorari as to the Second Circuit's July 17, 2025 decision holding that Ms. Vullo is entitled to qualified immunity on the NRA's First Amendment claims. *See Nat'l Rifle Ass'n of Am.* v. *Vullo*, No. 25-479, Den. Pet. for Writ of Certiorari (U.S. Feb. 23, 2025); *Nat'l Rifle Ass'n of Am.* v. *Vullo*, No. 21-636, Dkt. No. 191 (2d. Cir. July 17, 2025). Therefore, in accordance with the Second Circuit's September 10, 2025 mandate to this Court, Ms. Vullo respectfully requests that this Court "enter judgment dismissing the remaining claims" against her—i.e., the First Amendment claims alleged in Counts One and Two of the NRA's Second Amended Complaint. *See Nat'l Rifle Ass'n of Am.* v. *Vullo*, No. 21-636, Dkt. No. 205 (2d. Cir. Sept. 10, 2025).[1]

Thank you for Your Honor's consideration of this matter.

Respectfully,

*/s/ Andrew Gordon*
Andrew Gordon

cc:    All counsel of record (by ECF)

---

[1]    Count Three alleged an Equal Protection claim under a selective prosecution theory that was dismissed by the Court by Decision and Order dated March 15, 2021, ECF No. 322, and included in the Court's final judgment entered on November 18, 2022, ECF No. 365.